CC TO JUDGE

The Honorable Thomas S. Zilly

FILED
LODGED
RECEIVED  [MAIL]

JUL 24 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM-CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE, a local municipal corporation; PAUL SCHELL, mayor of the City of Seattle, GIL KERLIOWSKI, Police Chief of the City of Seattle, KIRK M. WALDORF, # 6311, ALVIN F. LITTLE, # 4843; JOHN S. VRADENBURG, # 5853; NICHOLUS J. BAUER, # 5824, ROBERT E. WHITE, # 5484; ROBERTO V. SABAY, # 5472; EUGENE FOSTER, # 5844; MICHAEL R. GRIFFIN, # 5875, DANIEL J. BESTE, # 3295; KENNETH E. HICKS, # 4559; TRUNG H. NGUYEN, # 5999; ROBERT R. CIERLEY, # 6216; KATHLEEN A. GRAVES, # 6232; ARRON D. SAUSAMAN, # 6089; TODD C. HARRIS, # 6221; JOHNEY STEVENS, # 5072, BRUCE A. WIND, # 3995, DOUGLAS A. KITTS, # 4744, each individually and each in their official employment capacity as Seattle Police Officers,<br><br>　　　　　　　Defendants | No. C01-1081-Z<br><br>**NOTICE OF APPEARANCE OF DEFENDANTS CITY OF SEATTLE AND MAYOR PAUL SCHELL** |

CV 01-01081  #00000005

///

///

NOTICE OF APPEARANCE OF DEFENDANTS CITY
OF SEATTLE AND MAYOR PAUL SCHELL - 1

ORIGINAL

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\NOA-CITY.DOC

STAFFORD FREY COOPER
_Professional Corporation_
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

TO: The Clerk of the Above-Entitled Court

AND TO: MUIO TRAN, KIM-CUC NGYUEN, NHU HUU TRAN and LOAN HUU TRAN, Plaintiffs

AND TO. SALAH A. KORNAS, Attorneys for Plaintiff

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that defendants City of Seattle and Mayor Paul Schell hereby appears in the above-entitled action without waiving the questions of:

1. Lack of jurisdiction over the subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Improper forum,

5. Failure to state a claim upon which relief may be granted, and

6 Failure to join a party under Rule 19

YOU ARE FURTHER NOTIFIED that all further papers and pleadings herein, excepting original process, shall be served upon the undersigned attorneys at the address stated below

DATED this 23rd day of July, 2001

STAFFORD FREY COOPER

By _____
Anne M Bremner, WSBA # 13269
Heather L. Carr, WSBA # 29780
Attorneys for Defendant

NOTICE OF APPEARANCE OF DEFENDANTS CITY
OF SEATTLE AND MAYOR PAUL SCHELL - 2

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\NOA-CITY DOC

STAFFORD FREY COOPER
─── Professional Corporation ───
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900