The Honorable Thomas S Zilly

CC TO JUDGE /DJ

☑ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 26 2001  DJ

AT SEATTLE
CLERK U S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUIO TRAN, KIM-CUC NGUYEN, NHU )
HUU TRAN, a minor child, LOAN HUU )
TRAN, a minor child, )
                                    Plaintiffs, )
     v )
THE CITY OF SEATTLE, a local municipal )
corporation; PAUL SCHELL, mayor of the )
City of Seattle; GIL KERLIOWSKI, Police )
Chief of the City of Seattle, KIRK M )
WALDORF, # 6311; ALVIN F. LITTLE, # )
4843; JOHN S. VRADENBURG, # 5853, )
NICHOLUS J BAUER, # 5824; ROBERT E )
WHITE, # 5484, ROBERTO V. SABAY, # )
5472, EUGENE FOSTER, # 5844, )
MICHAEL R. GRIFFIN, # 5875; DANIEL J )
BESTE, # 3295; KENNETH E HICKS, # )
4559; TRUNG H. NGUYEN, # 5999, )
ROBERT R. CIERLEY, # 6216, KATHLEEN)
A. GRAVES, # 6232, ARRON D. )
SAUSAMAN, # 6089, TODD C HARRIS, # )
6221; JOHNEY STEVENS, # 5072, BRUCE )
A. WIND, # 3995, DOUGLAS A. KITTS, # )
4744, each individually and each in their )
official employment capacity as Seattle )
Police Officers, )
                                    Defendants.

No. C01-1081-Z

ANSWER

CV 01-01081 #00000006

ANSWER - 1

Q \CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER.DOC

ORIGINAL

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

# I. ANSWER

Defendants answer as follows:

**A.   Allegations contained in the document entitled "Parties."**

1   Paragraphs 1.1-1 4 are denied for lack of information

2.   To the extent that paragraph 1.5 contains any allegation, such allegations are denied.

3.   Answering paragraph 1.6, defendants admit that the City of Seattle ("the City") is a local municipality and that the Seattle Police Department is a city agency. Defendants deny all remaining allegations.

4   Answering paragraph 1 7, defendants admit that Mayor Paul Schell, at all times relevant, is the duly elected mayor of the City and that Mayor Schell has fulfilled his responsibilities acting as such  Defendant further admit that plaintiffs have sued Mayor Schell in his official capacity, but deny that the claims are legitimate. Defendants deny all remaining allegations.

5.   Answering paragraph 1 8, Defendants admit that Gil Kerlikowski is presently the Police Chief of the Seattle Police Department and that plaintiffs have sued him in his official capacity. Defendants deny all remaining allegations. Defendants further deny that Chief Kerlikowski was acting chief of police during the time frame alleged in this complaint

6   Answering paragraph 1 9, defendants admit that plaintiffs have sued the individuals named in this paragraph in their official capacities  Defendants further admit that these officers may have been employed by the Seattle Police Department during the time frame of the incident underlying this complaint and were actin within the course and

ANSWER - 2

Q \CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER DOC

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

scope of their respective employment as police officers. Defendants deny all remaining allegations.

**B.   Allegations contained in the document entitled "Jurisdiction and Venue."**

1   Answering Section I, entitled "Jurisdiction," defendants deny that the events alleged occurred, but admit that jurisdiction would be proper.

2   Answering Section II, entitled "Venue," defendants deny that the events alleged occurred, but admit that venue would be proper.

**C.   Allegations contained in the document entitled "Factual Allegations."**

1   Answering Section I, entitled "Factual Allegations," defendants admit that the plaintiff refers to municipal officials and employees collectively as the City in their complaint. Defendants deny all remaining allegations, including any allegations contained in the heading.

2.   Answering Section II, entitled "Retaliation against People who Engage in Constitutionally[-]Protected Speech or Conduct," defendants deny all allegations, including any allegations contained in the heading

3   Answering Section III, entitled "Summary Punishment of Citizens who Offend Police Officers," defendants deny paragraphs 1 and 2   To the extent that the third paragraph or the heading contains any allegations against them, defendants deny these allegations as well

4   Answering Section IV, entitled "Initiation of False and Malicious Prosecutions to Cover-Up Police Misconduct," and Section V, entitled "Code of Silence," defendants deny all allegations, including any allegations contained in the headings

ANSWER - 3

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

D.  **Allegations contained in the document entitled "Complaint: Violation of Plaintiffs['] First, Fourth, Eighth, Thirteenth, Fourteenth Federal Constitutional Rights; Assault; False Arrest; False Imprisonment; International [sic] and Negligent Infliction of Emotional Distress and Violation of Miranda."**

1  Answering paragraph 1.1, defendants admit that Seattle Police Officers Kirk Waldorf's and Alvin Little's investigation of a hit and run accident brought them to a house where plaintiffs were located  Defendants deny for lack of information whether the house was plaintiffs' residence. Defendants deny all remaining allegations

2.  Answering paragraph 1.2, defendants admit that Mr Tran answered the door and that Officers Little and Waldorf asked Mr Tran for permission to enter the house  Defendants deny all remaining allegations for lack of information.

3.  Answering paragraph 1 3, defendants admit that Mr Tran gave Officers Little and Waldorf permission to enter the house and that one of the officers asked Mr Tran if he had a son and, if so, where that son was then  Defendants deny all remaining allegations

4  Answering paragraph 1.4, defendants admit that the son did come downstairs to talk with the police officers at Mr Tran's prompting  Defendants deny for lack of information that the home belonged to Kim-Cuc Nguyen  Defendants deny all remaining allegations

5  Answering paragraph 1.5 - 1.9, defendants deny the same.

6.  Answering paragraph 1 10, defendants admit that Muio Tran was placed under arrest for violating several state and municipal laws  Defendants admit that Muio Tran did not require any form of medical treatment. Defendants deny all remaining allegations

ANSWER - 4

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER DOC

7. Answering paragraph 1.11, the first and last sentences appear to be fragments and are vague, ambiguous, and unintelligible. Defendants therefore deny the same for lack of information. Defendants admit that several Seattle Police Officers responded to calls for back up. Whether these officers are named in this lawsuit is presently unknown. Defendants therefore deny any allegation to this effect for lack of information. Defendants deny any remaining allegations.

8. Answering paragraphs 1.12 - 1.22, defendants deny the same.

9. Answering the section entitled "Police-Citizenship Encounter," the first paragraph is vague, ambiguous, and unintelligible; defendants therefore deny it for lack of information. Defendants deny all allegations contained in the second and third paragraphs of this section as well as any allegation contained in the heading.

10. Answering the section entitled "False Arrest/False Imprisonment," defendants deny all allegations contained in the first four paragraphs and any allegation that may be contained in the heading. Defendants also deny the last paragraph in this section. To the extent that the remaining paragraphs contain any allegations against them, defendants deny the same.

11. Answering the section entitled "Negligence in Training, Supervising, and Discipline," defendants deny all allegations contained therein, including any allegation that may be contained in the heading.

12. Answering the section entitled "Malicious Prosecution," defendants admit that Muio Tran and Kim-Cuc Nguyen were arrested with probable cause. Defendants deny for

ANSWER - 5

STAFFORD FREY COOPER
*Professional Corporation*
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER DOC

lack of information whether the house was plaintiff's home. Defendants deny all remaining allegations, including those that may be contained in the heading

13   Answering the section entitled "Intentional Infliction of Emotional Distress," defendants admit that two of the plaintiffs were arrested with probable cause. Defendants deny for lack of information whether the house was plaintiff's home. Defendants deny all remaining allegations, including those that may be contained in the heading

14   Answering the section entitled "Civil Rights Title U S C § 1983," defendants deny for lack of information that plaintiffs were at their home, that plaintiffs were "enjoying" anything, and that plaintiffs are free citizens of the United States of America   Defendants admit that Officers Waldorf and Little came to where the plaintiffs were located. Defendants deny all remaining allegations, including those that may be contained in the heading.

15.   Answering the sections entitled "Proximate Cause of Action," "Color of State Law," "First Cause of Action," "Second Cause of Action," "Third Cause of Action," "Fourth Cause of Action," "Fifth Cause of Action," "Sixth Cause of Action," "Seventh Cause of Action," "Eighth Cause of Action, " "Ninth Cause of Action," "Tenth Cause of Action, " "Eleventh Cause of Action," and "Relief," defendants deny all allegations contained therein, including those that may be contained in the heading and subheadings.

16   Defendants admit that plaintiffs have demanded trial by jury

## II.   AFFIRMATIVE DEFENSES

By way of further answer and affirmative defense, defendants allege as follows·

ANSWER - 6

STAFFORD FREY COOPER
―――― Professional Corporation ――――
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q \CLIENTS\3000\0001\3019\22003\FEDERAL PLEADINGS\ANSWER DOC

1.      Plaintiffs Nhu Huu Tran and Loan Huu Tran are minor children and do not have capacity to sue.

2       Plaintiffs have failed to satisfy a condition precedent by failing to file a claim with the City as required by Seattle Municipal Code 5.24.005 and RCW 4 96 020.

3       Plaintiffs' process and service of process is insufficient as to all defendants.

4.      This action is premature.

5       Plaintiffs failed to allege a claim against any defendant upon which relief can be granted.

6.      Individual defendants were, at all relevant times, acting in good faith and working within the course and scope of their duties, and with a reasonable belief that their actions were lawful and proper.  They are therefore entitled to absolute and/or qualified and/or discretionary immunity.

7.      If plaintiffs sustained any injuries or damages, which defendants categorically deny, those injuries or damages were caused or contributed to by others than the named defendants over whom the defendants have no control and for whom the defendants have no responsibility.  Those claims must therefore be dismissed.

8.      If plaintiffs sustained any injuries or damages, which defendants categorically deny, plaintiffs caused or contributed to those injuries or damages as a result of plaintiffs' contributory fault and/or willful and/or wanton misconduct   Those claims, in whole or in part, are therefore barred

ANSWER - 7

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q \CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER DOC

9. If plaintiffs suffered any damages, which is denied, said damages were caused by their assaulting Officers Little and Waldorf and by their forcibly resisting arrest

10 Defendants had just cause for their actions

11 Defendants' acts were privileged.

12. Plaintiffs bring this suit with unclean hands.

13. This action is frivolous.

14. Plainitffs have not alleged a claim against the City under 42 U.S C § 1983 for which relief may be granted

15. Plaintiffs failed to mitigate their damages, if any

### III. PRAYER FOR RELIEF

Having fully answered the allegations contained in plaintiffs' complaint and accompanying separate documents, defendants request that the court take the following action

1. dismiss plaintiffs' complaint with prejudice,

2. order that plaintiffs' take nothing thereby,

3. require plaintiffs' to pay all of defendants costs, disbursements, and reasonable attorney fees in defending this action,

4. require plaintiffs to pay all of defendants costs disbursements, and reasonable attorneys fees incurred in responding the nearly-identical complaint filed and dismissed in state court under King County Cause Number 01-2-07345-1 SEA pursuant to CR 41;

5 award defendants judgment of dismissal; and

ANSWER - 8

Q \CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER DOC

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

6   grant defendants such other and further relief in its favor as the court deems just and equitable.

DATED this 25th day of July, 2001.

STAFFORD FREY COOPER

By: _____
Anne M Bremner, WSBA # 13269
Heather L Carr, WSBA # 29780
Attorneys for Defendants

ANSWER - 9

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER.DOC

STAFFORD FREY COOPER
─── Professional Corporation ───
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document **Defendants' Answer to Complaint** on the following individual(s):

>   Salah A. Kornas, Esq.
>   Law Office of Salah A. Kornas
>   600 First Avenue, Suite 514
>   Seattle, WA 98104

[ ] Via Facsimile
[ ] Via Mail
[X] Via Messenger

DATED this 26th day of July, 2001, at Seattle, Washington

_____
MARY ANN JARRETT

ANSWER - 10

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ANSWER.DOC