CC: TO JUDGE __PM__

The Honorable Thomas S Zilly

☑ FILED ☐ ENTERED
☐ LODGED ☐ RECEIVED

AUG 15 2001 PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

CV 01-01081 #00000009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUIO TRAN, KIM-CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v.

THE CITY OF SEATTLE, a local municipal corporation; PAUL SCHELL, mayor of the City of Seattle; GIL KERLIOWSKI, Police Chief of the City of Seattle, KIRK M. WALDORF, # 6311; ALVIN F. LITTLE, # 4843, JOHN S. VRADENBURG, # 5853; NICHOLUS J BAUER, # 5824, ROBERT E. WHITE, # 5484; ROBERTO V. SABAY, # 5472; EUGENE FOSTER, # 5844; MICHAEL R. GRIFFIN, # 5875; DANIEL J. BESTE, # 3295; KENNETH E. HICKS, # 4559; TRUNG H. NGUYEN, # 5999, ROBERT R CIERLEY, # 6216; KATHLEEN A GRAVES, # 6232; AARON D. SAUSMAN, # 6089; TODD C. HARRIS, # 6221; JOHNEY STEVENS, # 5072; BRUCE A. WIND, # 3995, DOUGLAS A KITTS, # 4744, each individually and each in their official employment capacity as Seattle Police Officers,

Defendants.

No. C01-1081-Z

DEFENDANT SEATTLE POLICE OFFICERS ANSWER TO COMPLAINT

Defendant Seattle Police Officers Kirk M Waldorf, Alvin F Little, John S Vradenburg, Nicholaus J. Bauer, Robert E. White, Roberto V. Sabay, Eugene Foster,

DEFENDANT SEATTLE POLICE OFFICERS
ANSWER TO COMPLAINT - 1

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

ORIGINAL

Q \CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\SPD ANSWER DOC

Michael R. Griffin, Daniel J. Beste, Kenneth Hicks, Trung H. Nguyen, Robert R Cierley, Kathleen A. Graves, Arron D Sausaman, Todd C Harris, Johney Stevens, Bruce A Wind, Douglas A. Kitts, and Chief of Police Gil Kerlikowske ("Seattle Police Defendants") answer by incorporating the answer of the City of Seattle ("the City") and Mayor Schell, filed and served on July 26, 2001. Seattle Police Defendants further incorporate the affirmative defenses asserted in the City's and Mayor Schell's answer, especially the defense of improper service. Plaintiffs have not requested that the officers waive service, nor has service ever been effected on the officers. Seattle Police Defendants further incorporate the Prayer for Relief requested in the City's and the Mayor's answer

DATED this 15th day of August, 2001.

STAFFORD FREY COOPER

By *(signature: Heather Carr)*

Anne M Bremner, WSBA # 13269
Heather L. Carr, WSBA # 29780
Attorneys for Defendants

DEFENDANT SEATTLE POLICE OFFICERS
ANSWER TO COMPLAINT - 2

Q \CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\SPD ANSWER DOC

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document **Defendant Seattle Police Officers' Answer to Complaint** on the following individual:

> Salah A. Kornas, Esq
> Law Office of Salah A. Kornas
> 600 First Avenue, Suite 514
> Seattle, WA 98104

[X] Via Facsimile
[X] Via Mail
[ ] Via Messenger

DATED this 15th day of August, 2001, at Seattle, Washington.

*Mary Ann Jarrett* (signature)
MARY ANN JARRETT

---

DEFENDANT SEATTLE POLICE OFFICERS
ANSWER TO COMPLAINT - 3

STAFFORD FREY COOPER
—Professional Corporation—
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\SPD ANSWER.DOC