CC TO JUDGE _KN_

CV 01-01081 #00000022

The Honorable Thomas S. Zilly
Noted for: Friday, March 15, 2002

FILED ~~ENTERED~~
LODGED ~~RECEIVED~~

MAR 1 1 2002   KN

AT SEATTLE
CLERK U S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child, <br><br> Plaintiffs, <br><br> v. <br><br> The City of Seattle, et al., <br><br> Defendants. | No.  CO1-1081-Z <br><br> DECLARATION OF HEATHER CARR IN SUPPORT OF OPPOSITION TO JOINING NORM STAMPER |

HEATHER CARR declares as follows:

1.     I am one of the attorneys for the previously-named defendants in this above-captioned matter and will be for Norm Stamper, if the court grants the plaintiffs' leave to amend.  I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2     The exhibits attached to and referenced in this declaration are true and correct copies of documents generated or received and maintained by my office during the course of representing the defendants in the above-captioned matter.

DECLARATION OF HEATHER CARR IN
SUPPORT OF OPPOSITION TO JOIN NORM
STAMPER - 1
Cause No. CO1-1081-Z                    ORIGINAL
U \Clients\3019\22003\Pleadings\Opp to Joining-Carr Decl doc

STAFFORD FREY COOPER
_Professional Corporation_
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900
FAX (206) 624-6885

1      a.    Exhibit 1 is a copy of the complaint filed by plaintiffs in state court

2        on March 7, 2001.

3      b.    Exhibit 2 is a copy of the state court's order granting plaintiffs'

4        motion for voluntary dismissal.

5      c.    Exhibit 3 is a copy of this court's November 21, 2001 order

6        requiring the plaintiffs to show cause why their action should not be

7        dismissed.

8      d.    Exhibit 4 is a copy of a portion of the plaintiffs' responses to the

9        defendants' first set of discovery requests.

10    3.    On March 7, 2001, plaintiffs filed suit in state court against the City of

11 Seattle, Officer Waldorf, Officer Little, and John Does 1-5   (Ex. 1)  On May 24, 2001,

12 the state court granted their motion for voluntary dismissal.  (Ex. 2)  On July 13, 2001,

13 plaintiffs filed this action in federal court.  In addition to the previously named

14 defendants, plaintiffs also named every officer who expressed an intention to provide

15 back up, regardless if that officer participated in any way in the plaintiffs arrest, as well

16 as Chief Kerlikowski and former Seattle mayor, Paul Schell. <u>Compare</u> Complaint <u>with</u>

17 Ex. 1. Gil Kerlikowski was not the Chief of Police on July 19, 1999.

18    4.    Plaintiffs have not been actively litigating this case. Since filing this suit in

19 federal court, plaintiffs have not served the defendants with a single interrogatory,

20 request for production, or request for admission.  They have not noted a single

21 deposition.  On November 21, 2002, this court has threatened to dismiss the action.

22 Ex. 3.

23

DECLARATION OF HEATHER CARR IN
SUPPORT OF OPPOSITION TO JOIN NORM
STAMPER - 2
Cause No. CO1-1081-Z
U:\Clients\3019\22003\Pleadings\Opp to Joining-Carr Decl doc

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900
FAX (206) 624-6885

1    5.    Plaintiffs have had ample time, opportunity, and incentive to determine

2  who the Chief of Police was on July 19, 1999. Nearly 31 months have passed since the

3  date of the alleged incident, and the identity of the Chief of Police is and was public

4  information at all relevant times.    Still, plaintiffs waited until the last possible date under

5  the case scheduling order to attempt to join Norm Stamper as a defendant in this action.

6    I CERTIFY under penalty of perjury under the laws of Washington State that the

7  foregoing is true and correct.

8    DATED this _11th_ day of _March_____, 2002.

9

10

Heather L  Carr, WSBA #29780

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF HEATHER CARR IN
SUPPORT OF OPPOSITION TO JOIN NORM
STAMPER - 3
Cause No. CO1-1081-Z
U \Clients\3019\22003\Pleadings\Opp to Joining-Carr Decl doc

STAFFORD FREY COOPER
———————— Professional Corporation ————————
A  T  T  O  R  N  E  Y  S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900
FAX (206) 624-6885

1

## CERTIFICATE OF SERVICE

2

3

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled DECLARATION OF HEATHER CARR IN SUPPORT OF OPPOSITION TO JOINING NORM STAMPER on the following individual(s):

4

5

6

7
            Salah A. Kornas, Esq.
            Law Office of Salah A. Kornas
            600 First Avenue, Suite 514
            Seattle, WA  98104

8

9
[ ] Via Facsimile
[ ] Via Mail
[X] Via Messenger

10

11
DATED this 11th day of March, 2002, at Seattle, Washington.

12

13
            Brina Carranza

14

15

16

17

18

19

20

21

22

23

DECLARATION OF HEATHER CARR IN
SUPPORT OF OPPOSITION TO JOIN NORM
STAMPER - 4
Cause No. CO1-1081-Z
U \Clients\3019\22003\Pleadings\Opp to Joining-Carr Decl doc

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900
FAX (206) 624-6885

RECEIVED
CIVIL

01 APR 19 PM 2:47

KING COUNTY SHERIFF

RECEIVED

2001 APR 20 AM 8: 26

CHIEF OF POLICE

SEATTLE CITY ATTORNEY

01 APR 27 PM 2:3

COPY RECEIVED

KING COUNTY SUPERIOR COURT

STATE OF WASHINGTON

MUOI TRAN, KIM-CUC NGUYEN, NHU HUU TRAN, a minor, LOAN HUU TRAN, a minor,

    Plaintiffs,

    vs

CITY OF SEATTLE, POLICE OFFICERS KIRK M. WALDORF, A. LITTLE, 1-5 DOES

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. **01-2-07345** ISEA

COMPLAINT FOR PERSONAL INJURIES

Comes now the Plaintiff and for a cause of action against the Defendants alleges as follows

## I PARTIES

1 1    Plaintiff Muoi Tran is and was at all times relevant hereto a resident of King County, Washington

1 2    Plaintiff Kim-Cuc Nguyen is and was at all times relevant hereto a resident of King County, Washington

1 3    Plaintiff Nhu Huu Tran, a minor, is and was at all times relevant hereto a resident of King County, Washington

COMPLAINT FOR PERSONAL
INJURIES - 1

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*

1 4    Plaintiff Loan Huu Tran, a minor, is and was at all times relevant hereto a resident of King County, Washington.

1 5    City of Seattle is and was at all times relevant hereto a municipality, duly organized under the laws of the State of Washington, and situated in King County.

1.6    Defendant Kirk M. Waldorf, Badge No. 6311, is and was at all times relevant hereto an officer of the Seattle Police Department, assigned to Unit No. 433, acting in such capacity as the agent and employee of the defendant City of Seattle  He is sued individually and in his official capacity.

1 7    Defendant A. Little, Badge No. 4843, is and was at all times relevant hereto an officer of the Seattle Police Department, assigned to Unit No. 433, acting in such capacity as the agent and employee of the defendant City of Seattle.  He is sued individually and in his official capacity.

1 8    Defendants Doe I through Doe V, inclusive are sued under fictitious names  Their true names and capacities are unknown to plaintiff  When their true names and capacities are ascertained, plaintiff will amend this complaint by inserting their true names and capacities  Plaintiffs are informed and believe and therefore allege that each of the fictitiously named defendants is responsible in some manner for the occurrences alleged, and that plaintiffs' damages as alleged were proximately caused by those of defendants  Each reference in this complaint to "defendant", "defendants", or a specifically named defendant refers also to all defendants sued under fictitious names

COMPLAINT FOR PERSONAL
INJURIES - 2

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA  98104*

1 9     Plaintiffs are informed and believe and therefore allege that at all times mentioned each of defendants, including all defendants sued under fictitious names, was the agent and employee of each of the remaining defendants, and in doing the things alleged, was acting within the course and scope of that agency and employment.

## II. JURISDICTION

2 1     All acts complained herein occurred in King County, Washington. This Court has personal subject matter jurisdiction over the parties and this case.

## III. FACTS

3 1     On July 19, 1999, at approximately 11:30 p.m., in Seattle, King County, Washington, Defendant Officers Kirk M. Waldorf and A. Little came to the plaintiffs' residence to locate a vehicle or driver involved in a motor vehicle collision.

3 2     Plaintiff Muoi Tran, whose native language is Vietnamese, answered the door and Defendant Waldorf asked if he and Defendant Little could come inside

3 3     Plaintiff Muoi Tran agreed and Defendants began questioning Plaintiff Muoi about the whereabouts of his son

3 4     Plaintiff son presented himself for questioning by Defendants after being retrieved in the home by Plaintiff Kim-Cuc Nguyen

3 5     Defendants interrogated Plaintiffs' Muoi Tran and Kim-Cuc Nguyen son about the traffic accident of which Plaintiffs' son denied any involvement

3 6     Defendant Officers Waldorf and Little proceeding to place Plaintiffs' son under arrest and force him outside of his parents' house

COMPLAINT FOR PERSONAL
INJURIES - 3

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*

3.7 Plaintiff Moui Tran protested in a civil and peaceful manner and asked the Defendant to leave his home.

3.8 Despite Plaintiffs' peaceful protest within their home, and repeated request that Defendants leave their residence, Defendant officers became enraged and proceeded to severely beat Plaintiff Muoi Tran in plain view of his wife and three children by striking repeated blows to various parts of Plaintiff's body, including Plaintiff's head and face, resulting in severe bodily injuries and the loss of teeth.

3.9 Plaintiff Kim-Cuc Nguyen protested the beating of her husband in a civil and peaceful manner and was also assaulted by Defendant officers on various parts of Plaintiff's body in front of her son, her husband, and her two daughters, Plaintiffs LoAn Huu Tran and Nhu Huu Tran, age eleven and sixteen.

3 10 Plaintiff Muoi Tran, who had committed no criminal offense in connection with the events of July 19, 1999, was, nevertheless, handcuffed and placed under arrest by Defendant Officers and confined in a cell without medical attention for approximately 48 hours.

3 11 Plaintiff Kim-Cuc Nguyen, who had committed no criminal offense in connection with the events of July 19, 1999, was, nevertheless, handcuffed and placed under arrest by Defendant Officers and confined in a cell without medical attention for approximately 48 hours

3 12 That as a direct and proximate result of the abuse describe above Plaintiffs sustained emotional distress, humiliation, outrage, anguish, anxiety, and fear of being safe and secure in their own home

COMPLAINT FOR PERSONAL
INJURIES - 4

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*

3.13   That as a direct and proximate result of the abuse described above Plaintiffs Nhu Huu Tran and LoAn Huu Tran, both minors, were abandoned and relocated from their home after being separated by their parents, and sustained emotional distress, humiliation, outrage, anguish, insecurity, anxiety, and fear of being safe and secure in their own home.

3 14   That as a direct and proximate result of the aforementioned assault and battery, Plaintiff Muoi Tran sustained physical injury, pain and suffering, including the following injuries requiring professional medical attention: loss of teeth, multiple bruises and contusions on the head, cheek, chest and pectorial areas, both upper arms, shoulders and elbows.

3 15   That as a direct and proximate result of the aforementioned assault and battery, Plaintiff Kim-Cuc Nguyen sustained physical injury, pain and suffering, including the following injuries requiring professional medical attention  multiple bruises and contusions on the head, cheek, chest and pectorial areas, both upper arms, shoulders and elbows

3 16   That as a direct and proximate result of the false imprisonment described above, Plaintiffs Muoi Tran and Kim-Cuc Nguyen have suffered emotional, psychological and bodily distress requiring medical attention, the extent of which will be proven at trial

3 17   That as a direct and proximate cause of defendants' false imprisonment described above Plaintiffs Moui Tran and Kim-Cuc Nguyen have suffered damages  The exact extent of these damages will be proven at trial

COMPLAINT FOR PERSONAL
INJURIES - 5

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*

3 18    That as a direct and proximate result of the foregoing wrongful acts of defendants, property belonging to Plaintiffs was damaged and destroyed, including religious, devotional and sacred icons and materials, unique and irreplaceable in nature, in an amount to be proven at trial

3 19    That as a direct and proximate result of the foregoing wrongful acts of defendants, Plaintiffs suffered economic loss resulting from their inability to operate their family business   The exact extent of these damages will be proven at trial.

3 20    That as a direct and proximate result of the foregoing wrongful acts of defendants, Plaintiffs suffered shame and loss of goodwill in their community, particularly the Seattle Vietnamese community of which Plaintiffs are members, socially and economically.   The exact extent of these damages will be proven at trial

3 21    That as a direct and proximate result of tne acts of Defendants, Plaintiffs Muoi Tran and Kim-Cuc Nguyen were compelled to retain legal counsel, at their own cost and expense, to defend criminal charges wrongfully filed against them and dismissed, in an amount to be proven at trial

IV

WHEREFORE, Plaintiffs prays for judgment against the Defendants and each of them, jointly and severally, in an amount to be proved at the time of trial, together with Plaintiffs' costs and disbursements incurred herein, and for such

COMPLAINT FOR PERSONAL
INJURIES - 6

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*

other and further relief as the Court may deem just and equitable, including but not

limited to, prejudgment interest

Dated this 28ᵗʰ day of _Feb_ , 2001.

By: _____

Salah A. Kornas, WSBA # 27731
Attorney for Plaintiffs

COMPLAINT FOR PERSONAL
INJURIES - 7

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*

2

Honorable Robert H. Alsdorf

RECEIVED

MAY 3 1 2001

STAFFORD FREY COOPER

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING
AT SEATTLE

| | |
|---|---|
| MUOI TRAN, KIM-CUC NGUYEN, NHU HUU TRAN, a minor, LOAN HUU TRAN, a minor,  ) ) )  <br><br>Plaintiffs,  ) ) )  <br><br>vs.  ) ) )  <br><br>CITY OF SEATTLE, POLICE OFFICERS KIRK M. WALDORF, A LITTLE, 1-5 , DOES,  ) ) )  <br><br>Defendants.  ) | CASE NO. 01-2-07345-1SEA <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

## I. ORDER

THIS MATTER having come on before this Court on motion of plaintiffs for an order dismissing his civil lawsuit without prejudice.

The Court having reviewed the plaintiffs' motion and finds that plaintiffs have shown good cause for this Court to issue an order dismissing plaintiffs Complaint without prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that cause number: 01-2-07345-1SEA is dismissed without prejudice. *This Order does not affect defendants' rights, if any, to seek costs and fees under CR 41.*

DONE IN OPEN COURT *5/24/01*

_____
JUDGE

IUDGE ROBERT H. ALSDORF

ORDER DISMISSING COMPLAINT
WITHOUT PREJUDICE - 1

*Law Office of Salah A. Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*
*Tel (206) 621-9460  Fax (206) 621-9506*

ORIGINAL

1   Presented By:

2

3   Salah A. Kornas       #  27731
    Attorney for Plaintiffs

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   ORDER DISMISSING COMPLAINT
     WITHOUT PREJUDICE  - 2

28

3

RECEIVED

NOV 26 2001

STAFFORD FREY COOPER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCKETED

11/26 BY 12/1

```
MUIO TRAN, et al.            )
                             )
                             )          NO.   C01-1081Z
                             )
          vs.                )
                             )          MINUTE ORDER
                             )
THE CITY OF SEATTLE, et al.  )
                             )
```

The following Minute Order is made by direction of the
Court, the Honorable Thomas S. Zilly, U.S. District
Judge:

It is ORDERED that counsel show cause by **DECEMBER 7,
2001** why this action should not be dismissed for
failing to comply with Order requiring Status Report
signed July 30, 2001 and due September 10, 2001.  On
August 24, 2001, the plaintiff asked for a 30 day
extension of time.  On October 4, 2001 the 30 day
extension was granted.  To date, no Joint Status Report
has been filed.  Absent a timely response to this
Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 21st day of November, 2001.

BRUCE RIFKIN, Clerk

By *Casey Condon*

Casey Condon
Deputy Clerk

4

The Honorable Thomas S. Zilly

RECEIVED

NOV 2 7 2001

STAFFORD FREY COOPER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUIO TRAN, KIM-CUC NGUYEN, NHU
HUU TRAN, a minor child, LOAN HUU
TRAN, a minor child,

                            Plaintiffs,

    v.

THE CITY OF SEATTLE, *et al.*

                            Defendants.

No. C01-1081-Z

**DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION**

## I.    PROCEDURES

YOU ARE HEREBY SERVED with original interrogatories. In accordance with FED. R. CIV. P. 26, 33, and 34, please answer the following interrogatories and respond to the requests for production, under oath, within thirty days of service. Type the answers and responses in the spaces provided, adding additional pages if additional space is required, and return the original to this office. These answers and responses are to include all information known to you, your attorneys, your predecessors, your agents, and your investigators. These interrogatories and requests for production are continuing in nature, and you are requested to provide any information that at a later date alters or augments the answers now given. If the additional information is not furnished, the undersigned will

DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 1

ORIGINAL

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621

O:\CLIENTS\3000\000\3019\2003\FEDERAL PLEADINGS\ROGS AND RFP.DOC

10.   If you are claiming municipal liability for any damage or injuries allegedly arising from the incident underlying this complaint, identify with specificity

     (a)   what, if any, municipal policy(ies), practice(s), and/or custom(s) allegedly resulted in your damages and/or injuries,

     (b)   the name and position of each City employee and/or official who established, condoned, authorized or sanctioned such policy, custom, or practice, and

     (c)   the date or dates of the action described in subsection (b).

ANSWER:

~~SEE ATTACHED~~
~~Exhibit G~~  *None* SAK

11.   If you are claiming any damage or injuries resulting from a violation of civil rights or 42 U.S.C. §§ 1983 or 1988 by any of the individually named defendants, identify with specificity the right(s) you claim were violated and the specific act(s) of the individual that you claim constituted or resulted in a violation of your civil rights.

ANSWER: False arrest, excerrive force, selective prosecution.

12.   State the amount of dollars and cents claimed by you for damages as follows:

     (a)   general damages;   ~~——————~~ *To be determined* SAK

     (b)   loss of time or income;  1,500.00

     (c)   medical and hospital expenses; and   2,800.00

     (d)   any other special damages.   *3,000.00* SAK

DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 8

STAFFORD FREY COOPER
———— PROFESSIONAL CORPORATION ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

## ATTORNEY'S CR 26 CERTIFICATION

Pursuant to FED R. CIV P. 26(g), the undersigned attorney, certifies, that he or she has read each response and objection to these discovery requests and that, to the best of his or her knowledge, information, and belief formed after a reasonable inquiry, each is (1) consistent with the Federal Rules of Civil Procedure and is warranted by existing law or a good faith argument for the extension, modification, reversal of existing law, (2) not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the litigation costs, and (3) not unreasonably or unduly burdensome or expensive given the needs of the case, the discovery already had, the amount in controversy, and the importance of the issues at stake in this controversy.

RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION SUBMITTED this _26_ day of _November_, 2001.

By: _____

DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 13

Q \CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ROGS AND RFP DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

## VERIFICATION

I, Muio Tran, certify and declare under perjury under the laws of Washington State, that I have read the answers to the foregoing Defendants' First Requests for Admission and the Responses thereto, know the contents thereof, and believe all the answers to be true.

SIGNED at _____, Washington, on this 26 day of _____, 2001.

MUOI TRAN

By: _____

DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 14
Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ROGS AND RFP.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

## VERIFICATION

I, _Mui Tran & Kim Nguyen_, certify and declare under perjury under the laws of Washington State, that I am the guardian for Nhu Huu Tran, a minor child, and that I have read the answers to the foregoing Defendants' First Requests for Admission and the Responses thereto, know the contents thereof, and believe all the answers to be true.

SIGNED at _Seattle_, Washington, on this _16_ day of _November_, 2001.

By: _____

DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 16
Q:\CLIENTS\3000\0003019\22003\FEDERAL PLEADINGS\ROGS AND RFP.DOC

STAFFORD FREY COOPER
——— PROFESSIONAL CORPORATION ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

## VERIFICATION

I, Kim-Cuc Nguyen, certify and declare under perjury under the laws of Washington State, that I have read the answers to the foregoing Defendants' First Requests for Admission and the Responses thereto, know the contents thereof, and believe all the answers to be true.

SIGNED at _____, Washington, on this 26th day of November 2001.

KIM CUC NGUYEN

By:_____

DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 15
Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ROGS AND RFP DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

## VERIFICATION

I, _Hui Tran Thi Nguyen_, certify and declare under perjury under the laws of Washington State, that I am the guardian for Loan Huu Tran, a minor child, and that I have read the answers to the foregoing Defendants' First Requests for Admission and the Responses thereto, know the contents thereof, and believe all the answers to be true.

SIGNED at _Seattle_, Washington, on this _26th_ day of _November_, 2001.

By: _____

DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 17
Q:\CLIENTS\3000\000\3019\22003\FEDERAL PLEADINGS\ROGS AND RFP.DOC

STAFFORD FREY COOPER
———— PROFESSIONAL CORPORATION ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885