The Honorable Thomas S. Zilly

FILED
LODGED
ENTERED
RECEIVED

MAY 23 2002 MR

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

CV 01-01081 #00000026

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | No. CO1-1081-Z<br><br>DECLARATION OF HEATHER CARR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

HEATHER CARR declares as follows:

1.      I am one of the attorneys for the defendants in the above-captioned matter. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2.      Attached are true and correct copies of documents that were generated or received and maintained by my office during the course of representing the defendants in this matter

        a.      Attached as Exhibit 1 is a copy of plaintiff Muio Tran's Claim for Damages, filed with the City of Seattle

DECLARATION OF HEATHER CARR (COA No.
CO1-1081-Z) - 1
\\EARTH\DATA\CLIENTS\3019\22003\PLDCARR DECL  SJM DOC

ORIGINAL

STAFFORD FREY COOPER
—— Professional Corporation ——
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900
FAX (206) 624-6885

26

1    b.    Attached as Exhibit 2 is a copy of plaintiff Kim Cuc Nguyen's Claim

2   for Damages, filed with the City of Seattle.

3    c.    Attached as Exhibit 3 is a copy of the Seattle Police Department's

4   Case Report Face Sheet, listing Hoa Tran's date of birth as October 15, 1976, which

5   would have made him eighteen on July 19, 1999.

6    d.    Attached as Exhibit 4 is a copy of portions of the Deposition of Muio

7   Tran

8    3    During his deposition, Mr Tran presented two versions of the events

9   following his initial interference with Hoa's arrest.   The first was presented before

10  conferring with his attorney; the second was presented after conferring with his attorney.

11  For the purpose of this motion, the defendants assert Mr Tran's second version of

12  events because it is the version most favorable for plaintiffs' claims.

13    I CERTIFY under penalty of perjury under the laws of Washington State that the

14  foregoing is true and correct.

15    DATED in Seattle, Washington this 21st day of May, 2002.

16

17    Heather L  Carr

18

19

20

21

22

23

DECLARATION OF HEATHER CARR (COA No.
CO1-1081-Z)  - 2
\\EARTH\DATA\CLIENTS\3019\22003\PLDCARR DECL  SJM DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900
FAX (206) 624-6885

**NOTE:**
Type or Print Legibly.
See Instructions on back.

# City of Seattle
## CLAIM FOR DAMAGES

**CITY USE ONLY**

CLAIM NUMBER 01-116385

DATE FILED 12-30-99

| CLAIMANT | NAME (FIRST - M. - LAST OR BUSINESS NAME) Muoi Tran | HOME PHONE (206) 725-0217 |
|---|---|---|

HOME ADDRESS (NUMBER - STREET - CITY - STATE - ZIP)
5101 So. Orchard str., Seattle, WA 98118

BUS. PHONE

| ACCIDENT/LOSS | DATE 7/19/1999 | TIME around 11:30 pm |
|---|---|---|

| LOCATION/SITE | BE VERY SPECIFIC: STREETS, ADDRESSES, etc |
|---|---|

5101 So. Orchard str., Seattle, WA 98118

**DIAGRAM**
Use if this will help you locate or describe what happened

FILED CITY OF SEATTLE
CITY CLERK
DEC 30 PH 3:00

**WHAT HAPPENED**  DESCRIBE IN YOUR OWN WORDS HOW THIS LOSS OCCURRED AND WHY YOU BELIEVE THE CITY IS RESPONSIBLE.

see attached

CITY DEPT?

CITY EMPLOYEE(S)?

CITY

VEHICLE NUMBER, LIC., etc

**WAS YOUR PROPERTY** (home, auto, personal property) **DAMAGED?**

☒ YES   IF SO, THEN FULLY DESCRIBE - SUCH AS AGE, MAKE MODEL, CONDITION, VALUE, OR EXTENT OF DAMAGE
☐ NO

see attached

**WERE YOU INJURED?**   ☒ YES   IF YES, THEN COMPLETE THE FOLLOWING:
☐ NO

DESCRIBE YOUR INJURY (IDENTIFY YOUR DOCTOR(S) ___ Dr. Alan Chun, MD

see attached

DATE OF BIRTH 2/10/58  SOCIAL SECURITY NUMBER 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  WAGE LOSS ☒ YES ☐ NO  IF YES, THEN RATE OF PAY $200/hr

KIND OF WORK owner of auto shop ___ EMPLOYER self

| AMOUNT CLAIMED | IF UNKNOWN, THEN ENTER "UNKNOWN" | $ 870,000.00 |
|---|---|---|

| SIGNATURE OF CLAIMANT (AND TITLE, IF A BUSINESS) | I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct |
|---|---|

EXECUTED this 30th day of Dec , 1999 .

at Seattle, King County, Washington.

# EXHIBIT __1

CS 1910 REV 10/98

LAW OFFICE OF
# BILLY S. MITCHELL

BILLY S MITCHELL

PARALEGALS
ALAN PHAM
WILLIAM CAMPBELL

December 30, 1999

## CITY OF SEATTLE, WASHINGTON
## CLAIM FOR DAMAGES- MUOI TRAN
## ATTACHMENT

**AMOUNT CLAIMED:**      **General Damages: $870,000**

## LEGAL BASE OF CLAIM:
Violation of Civil Rights - First, Fourth, Eighth, Thirteenth and Fourteenth Amendments of the United States Constitution, Washington State Constitution, assault, false arrest, false imprisonment, and intentional and negligent infliction of emotional distress.

## DETAILS:
On July 19th, 1999, at approximately 11:30 p.m., Mr. Muoi Tran was sitting in his Rainier Valley home watching TV with his wife and young daughter. They heard a knock on the door. The daughter went to see who was there. She looked through the curtains and was scared to open the door because she could not ascertain clearly who was there. Mr. Tran went and opened the door. Seattle City police officers stood before him and asked if they could come in. Mr. Tran agreed and the officers started questioning him about a motor vehicle accident involving Mr. Tran's van. Mr. Tran's native language is Vietnamese and he does not speak English well. Mr. Tran communicated to the officers that he had not driven the van and was not involved in any accident. The police then inquired about the whereabouts of his son. Mr. Tran's wife, Mrs. Kim-Cuc Nguyen, went to retrieve their son. The son denied his involvement in any accident. The officers checked the son's identifications and proceeded to place the son under arrest. Mr. Tran objected and asked the officers to leave his house. One of the officers responded by the saying, "too late."

The officers became agitated with Mr. Tran and started assaulting him in front of his son, his wife, and his two daughters, of age eleven and sixteen. They chased him around the house from one place to another destroying every thing that stood in their way. Even family religious icons and shrines were demolished in the assault. Mr. Tran has documented all that destruction on a video tape recording. He is willing to provide the city with a copy of the video as well as pictures of his blood on the wall of his house that

resulted from the beating and the loss of one of his front teeth.

That night, the police placed the entire family under arrest except for the two young daughters. Mr. Tran was taken to King County jail and spent two nights in custody. During his incarceration, he was not able to run his auto shop and lost the income from those days.

## INJURIES:

Mr. Tran feels that he is no longer safe in his home. As a result of this incident, he suffers from emotional distress, fear and anger. He also suffered from personal injuries requiring professional treatment and therapy. He escaped his native land only to find himself and his family brutally violated in America. He will never feel free and secure again. In addition, his shame of being humiliated in front of his family will last forever.

## WITNESSES:

Police officer: Kirk Waldrof   Serial 6331 Unit 433
Police officer: A. Little       Serial 4843
Police officer: J. Stevens      Serial 5072 Unit 433

## EVIDENCE:

Photos (8) of Mr. Tran's injuries
Video tape recording
Medical records

Respectfully Submitted,

Billy S. Mitchell
(206) 621-9460

**City of Seattle**
# CLAIM FOR DAMAGES

**NOTE:**
Type or Print Legibly.
See instructions on back.

| CITY USE ONLY | |
|---|---|
| CLAIM NUMBER | 266382 |
| DATE FILED | 12-30-99 |

| CLAIMANT | NAME (FIRST - M. - LAST OR BUSINESS NAME)<br>Kim-Cuc  Nguyen | HOME PHONE<br>(206) 725-0217 |
|---|---|---|
| | HOME ADDRESS (NUMBER - STREET - CITY - STATE - ZIP)<br>5101 So. Orchard str., Seattle, WA 98118 | BUS. PHONE |

| ACCIDENT/LOSS | DATE 7/19/1999  TIME around 11:30 pm |
|---|---|

| LOCATION/SITE | BE VERY SPECIFIC: STREETS, ADDRESSES, etc<br>5101 So Orchard str., Seattle, WA 98118 |
|---|---|

**DIAGRAM**
Use if this will help you locate or describe what happened

FILED CITY OF SEATTLE
CITY CLERK
99 DEC 30 PH 2:48

| WHAT HAPPENED | DESCRIBE IN YOUR OWN WORDS HOW THIS LOSS OCCURRED AND WHY YOU BELIEVE THE CITY IS RESPONSIBLE. |
|---|---|
| | see attached |

CITY DEPT?

CITY EMPLOYEE(S)?

CITY

VEHICLE NUMBER, LIC, etc

**WAS YOUR PROPERTY** (home, auto, personal property) **DAMAGED?**

☒ YES   IF SO, THEN FULLY DESCRIBE - SUCH AS AGE, MAKE MODEL, CONDITION, VALUE, OR EXTENT OF DAMAGE.
☐ NO

see attached

**WERE YOU INJURED?**   ☒ YES   IF YES, THEN COMPLETE THE FOLLOWING:
☐ NO

DESCRIBE YOUR INJURY (IDENTIFY YOUR DOCTOR(S)  Dr. Alan Chun, MD

see attached

DATE OF BIRTH 4/1/54 SOCIAL SECURITY NUMBER 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 WAGE LOSS ☐ YES ☒ NO   IF YES, THEN RATE OF PAY_____

KIND OF WORK _____ EMPLOYER _____

| AMOUNT CLAIMED. | IF UNKNOWN, THEN ENTER "UNKNOWN" | $ 680,000.00 |
|---|---|---|

| SIGNATURE OF CLAIMANT<br>(AND TITLE, IF A BUSINESS) | I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. |
|---|---|
| | EXECUTED this 30th day of Dec. , 1999 .<br>at Seattle, . King County, Washington. |

# EXHIBIT 2

CS 19 10 REV 1098

LAW OFFICE OF
# BILLY S. MITCHELL

BILLY S. MITCHELL

PARALEGALS
ALAN PHAM
WILLIAM CAMPBELL

December 30, 1999

## CITY OF SEATTLE, WASHINGTON
## CLAIM FOR DAMAGES- KIM-CUC NGUYEN
## ATTACHMENT

**AMOUNT CLAIMED:**     General Damages: $680,000

## LEGAL BASE OF CLAIM:
Violation of Civil Rights - First, Fourth, Eighth, Thirteenth and Fourteenth Amendments of the United States Constitution, Washington State Constitution, assault, false arrest, false imprisonment, and intentional and negligent infliction of emotional distress.

## DETAILS:
On July 19, 1999, at approximately 11:30 p.m., Mrs Kim-Cuc Nguyen was sitting in her Rainier Valley home watching TV with her husband, Mr. Moi Tran, and her young daughter. They heard a knock on the door. The daughter went to see who was there. She looked through the curtains and was scared to open the door because she did not ascertain clearly who was there. Mr. Tran went and opened the door. Seattle City police officers stood before him and asked if they could come in. Mr. Tran agreed and the officers started questioning him about an accident involving Mr. Tran's van. Mr. Tran's native language is Vietnamese and he does not speak English well. Mr. Tran communicated to the officers that he had not driven the van and was not involved in any accident. The police then inquired about the whereabouts of his son. Mrs. Nguyen went to retrieve their son. The son denied his involvement in any accident. The officers checked the son's identifications and proceeded to place him under arrest. Mr. Tran objected and asked the officers to leave his house. One of the officers responded by saying, "too late."

The officers became agitated with Mr. Tran and started assaulting him in front of their son, their eleven-year-old daughter, their sixteen-year-old daughter, and in front of Mrs. Nguyen. They chased him around the house from one place to another destroying every thing that stood in their way. Even family religious icons and shrines were demolished in the assault. When Mrs. Nguyen started screaming in effort to make the beating stop, she was assaulted herself by the police, and was subsequently pushed down to the floor and dragged.

That night, the officers placed the entire family under arrest except for the 11-year-old daughter and the sixteen-year-old daughter. Mrs. Nguyen was taken to King County jail and spent two nights in custody.

## INJURIES:

Mrs. Nguyen feels that she is no longer safe in her home. As a result of this incident, she suffers from emotional distress, fear and anger. She has bad nightmares. She feels violated and ashamed. She spent two of the worse nights in her life worrying sick about her two young daughters that were left alone in the house. She also suffered personal injuries requiring professional treatment. She has been a patient of International Community Health Services under the care of Dr. Alan Chun.

## WITNESSES:

Police officer: Kirk Waldrof  Serial 6331 Unit 433
Police officer: A. Little      Serial 4843
Police officer: J. Stevens     Serial 5072 Unit 433

## EVIDENCE:

Video tape recording
Medical records

Respectfully Submitted,

Billy S. Mitchell
(206) 621-9460



**SEATTLE POLICE DEPARTMENT**

## CASE REPORT FACE SHEET

| INCIDENT NUMBER |
| --- |
| 99-296991 |

| UNIT FILE NO |
| --- |
| H&A 99-228 |

**CASE REPORT** Assault

**DATE** July 21, 1999

| NAME OF BUSINESS AND VICTIM | DATE OF CRIME | NAME OF DEFENDANT | CHARGE |
| --- | --- | --- | --- |
| Ofcr Alvin Little, et al | 7/19/99 | Hoa Huu Tran<br>AM DOB 10/15/76<br>B/A 99-32807<br>CCN 1696262<br>PCN 4918444 | 12A 16.050 - Resisting Arrest<br>Municipal Court |
| | | Muoi Tran<br>AM DOB 12/10/52<br>B/A 99-32809<br>CCN 1736968<br>PCN. 4918436 | 12A 06.010 - Assault<br>Municipal Court |
| | | Kim Cuc Nguyen<br>AF DOB 4/2/54<br>B/A 99-32822<br>CCN. 1736970<br>PCN: 4918479 | 12A 06 010 - Assault<br>Municipal Court |

| NAMES AND ADDRESSES OF WITNESSES | | PHONE NUMBERS |
| --- | --- | --- |
| Ofcr Kirk Waldorf #6311-433 | S P D  South Precinct | 386-1850 |
| Ofcr Alvin Little #4843-433 | S P D  South Precinct | 386-1850 |
| Ofcr Aaron Sausman #6089-433 | S P D  South Precinct | 386-1850 |
| Ofcr Todd Harris #6221-433 | S P D  South Precinct | 386-1850 |
| Ofcr Bruce Wind #3995-433 | S P D  South Precinct | 386-1850 |

EVIDENCE CONSISTS OF

EVIDENCE NUMBER

TO DEPUTY PROSECUTOR

DATE

COPIES TO

PREPARED BY  Det  John Nordlund          2909    715

APPROVED BY  _(signature)_  431

Form 9 29  Rev 5/98

Page 1 of 2

**EXHIBIT 3**

U.S DISTRICT COURT

IN THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

MUIO TRAN, KIM-CUC NGUYEN,          )
NHU HUU TRAN, a minor child;        )
LOAN HUU TRAN, a minor child,       )
                                    )
          Plaintiffs,               )
                                    )
vs.                                 )       No. CO1-1081-2
                                    )
CITY OF SEATTLE, et al.,            )
                                    )
          Defendants.               )

**RECEIVED**

APR 1 2 2002

STAFFORD FREY COOPER

COPY

---

DEPOSITION UPON ORAL EXAMINATION OF

MUIO TRAN

---

9:08 a.m., March 27, 2002

1301 Fifth Avenue, Suite 2500

Seattle, Washington

Andrea Evans, CCR

Court Reporter Ref. #EV-AN-SA-*352PW

EXHIBIT 4

1              INTERPRETER:  Oh, okay.

2         MS. CARR:  I'm sorry.

3         THE WITNESS:  V-I-E-T-N-A-M, B-I-N-H, D-U-O-N-G.

4              BY MS. CARR:

5    Q    And when did you move to the United States?

6    A    In September 1987.

7    Q    Have you ever studied English before?

8    A    Yes, ESL.

9    Q    So here in the United States?

10   A    Yes.  I studied here.

11   Q    For how long did you study English with ESL?

12   A    About one year.

13   Q    And when was that?

14   A    Between '87 to '88.

15   Q    Have you become a citizen of the United States?

16   A    Yes.

17   Q    Okay.  And where have you been employed over the
18   last five years?

19   A    I work at M.K. Auto, my shop.

20   Q    And you've worked there consistently for the last
21   five years?

22   A    Yes, uh-huh.

23   Q    Have you worked anywhere else, during the last
24   five years?

25   A    No.

1    that would be good.

2         A    Yes.  I take -- when I came to USA, I took the

3    class at South Seattle Community College.

4         Q    And that class was about auto repair; is that

5    correct?

6         A    Yes, auto repair and auto body.

7         Q    Did you obtain your Associates degree at South

8    Central Community College?

9         A    Yes.

10        Q    Did you attend any four-year college?

11        A    No.

12        Q    When did you get your degree from South Central

13   Community College?

14        A    1993.

15        Q    And were your classes taught in English or

16   Vietnamese?

17        A    In English.

18        Q    Have you ever been arrested before?

19        A    No, not yet, only this.

20        Q    Only with respect to the incident on July 19,

21   1999; is that your testimony?

22        A    Yes.

23        Q    Do you belong to any community organizations?

24        A    No.

25        Q    What do you do when you're not working, for your

1      time off?

2          A    I work all day, every day.  If I don't work in

3      the shop, I have to work at home.

4          Q    Will you just walk me through the events of

5      July 19, 1999?

6          A    Yes.

7          Q    I'd like you to begin with when the officers came

8      to your door and knocked.

9          A    Yes.

10         Q    Okay.  Please do so.

11         A    On that night, I was at home and watching the

12     television with my two daughters and with my wife.  Then I

13     heard a knocking at the door.  I opened the door for them

14     to come in.  It was the police.  And I was asked that if

15     they could come in.

16         When they came in, they told me to take them around --

17     to go around and then go to the back.  They told me that I

18     hit somebody when I operate an automobile.  But I was at

19     home.  I didn't go anywhere.

20         Then I was asked that if there was anybody at home.  I

21     told them that I want to go upstairs to see if my son was

22     at home.  Then I called him down.  Then the police beat.  I

23     separate them.  And I showed them out of my house.  And

24     they told me it were too late.  They wouldn't go.  Then

25     they beat me, too, and then they took me away.  And the

1    incident happened since then.

2         Q    I don't understand the last sentence.  You said,

3    "The incident happened since then"?

4         A    I don't know what happened.  They came.  And then

5    they took me in custody.  I don't know.  The police came

6    and took me into the custody.  I don't know what happened.

7         Q    Okay.  Can you describe how you were dressed,

8    when the police came to your house?

9         A    I only have shorts.

10        Q    Shorts?

11        A    Short.  Oh, it's a boxer.

12        Q    So your underwear?

13        A    I have an underwear and then a kind of short,

14   boxer.  The boxers mean it's boxer.

15        Q    Okay.  I understand.  Thank you.

16        Do you remember what the police said to you, when you

17   opened the door?

18        A    When I opened the door, the police asked me that

19   if they could come into the house.  I said, "Yes."

20        Q    Okay.  Did they tell you anything else?

21        A    They asked me to get into the house, and then I

22   let them in.  Then they told me that I hit somebody in the

23   car.  But in reality, I was at home.  I didn't go anywhere.

24        Q    Did you tell the police that you were at home?

25        A    Yes, of course.

1      Q    And what did they say in response?

2      A    They asked me, "Then who drove the car?"  But in

3    reality, I was at home watching the TV.  I didn't know what

4    happened.

5      Q    Did you know who had driven the car?

6      A    At that moment, I don't know.  I didn't know what

7    happened.

8      Q    Did you have any belief about who may have driven

9    the car?

10     A    Possible.

11     Q    And who did you think had driven the car?

12     A    I think that maybe my son, but I keep the key.

13     Q    Did you tell that you thought -- did you tell the

14   police that you thought your son may have driven the car?

15     A    That's why I go upstairs and call my son down and

16   talk to the police, and I would like to ask him that who

17   drove the car.

18     Q    So you did tell the police you thought your son

19   may have driven the car?

20     A    I told the police that I want to call my son

21   downstairs, and I would like to ask him if he drove the

22   car.  Otherwise, the car was parked outside, and I don't

23   know.  Somebody may took it and drove it.  I have no idea.

24     Q    Did you personally go get your son?

25     A    Yes.  Yeah, it was me.  I went upstairs and told

1    my son to come down.

2        Q    Okay.  And I think you were starting to speak,

3    when I asked that question.

4        Did you have something to add to your previous answer?

5        A    What is the question?

6        MS. CARR:  I don't know.  Could you read it back?

7        (The court reporter read back the question.)

8        THE WITNESS:  At that moment, I was at home, watching

9    the TV with my daughters and my wife.  I didn't know what

10   happened.  So I wanted to go upstairs and ask my son if he

11   may have driven the car or what happened or somebody else

12   took the car.  I don't know.  I didn't know then.

13           BY MS. CARR:

14       Q    Did you talk to your son, when you were upstairs

15   with him?

16       A    I stand by the stairs and told him to go down.

17       Q    Okay.  And when he came downstairs, did you ask

18   him if he had driven the car?

19       A    When he came downstairs, I asked him if he was

20   driven -- if he drove the car.  But I have not finished my

21   question, and the police just jump in and beat him.

22       Q    Did you, at any time, go outside with the police

23   officers to see the car?

24       A    Yes.

25       Q    And when was that?

1    have been investigating an accident involving your car?

2         A    Investigate about my car?

3         Q    Yes.

4         A    As I told you, the whole incident happened in a

5    short time, 15 minutes, when the police came to my house

6    and the police asked to look around.  And I cooperate with

7    the police, and I thought that there may be something

8    happen.  That's true.

9         Q    When you saw the damage to your vehicle, did you

10   think that they were investigating something with respect

11   to your car?

12        A    I didn't think anything, at that moment.  I

13   didn't know what they came for to investigate or whatever

14   reason.  The only thing I know that they asked me to look

15   at the car, and I cooperate with them.

16        Q    What I'm asking you is what you believed.  I

17   don't need you to tell me what the officers actually

18   thought or what they were actually doing.

19        But when you saw them and they asked to see your car,

20   what did you think they asked to see your car for?

21        A    At that moment, to tell the truth, I don't know

22   what happened.  The police asked me to look around and look

23   at the car.  I helped them, and I cooperate with them.  But

24   to tell you the truth, I don't understand.  I don't know

25   what happened and what did the police want, at that moment.

1     Q    Were you surprised, when you saw that your car

2   had been damaged?

3     A    Yes.  I was surprised, of course.

4     Q    And it wasn't damaged, when you had seen the car

5   earlier?

6     A    No.  Because I parked my car there.  When the

7   police went out and looked at the car, I was surprised,

8   because I wouldn't know what happened to the car.  When I

9   left work, I went home.  I took a bath.  And then I relaxed

10  and then watched TV.  I wouldn't even open the door to go

11  out and look around outside.  I stay indoors and do some

12  work in the house and watching the TV.  Yeah.

13    Q    So after the police took you out to look at your

14  car, did you say anything to the police about the damage

15  that you saw?

16    A    The police asked me what happened, how come the

17  car were damaged.  And I said I didn't know.

18    Q    And then what happened?

19    A    So we went back into the house, and the police

20  asked me that if there anybody in the house with me.  At

21  that moment, I didn't know my son was at home.  Then there

22  was my wife and my two daughters in the house.  Then I went

23  to the stair and called up to see if my son was at home.

24  And then I called him downstairs to talk to the police.

25  And then by the time he got downstairs, then the incident

1     Q    Did you hear any -- the officers talk to anybody

2   at all in your house, other than you?

3     A    No.

4     Q    Did you hear anyone in your house say anything to

5   the officers?

6     A    No.

7     Q    After your son came down the stairs, while you

8   were watching the movie on the television, did -- you may

9   have already answered this -- but did you hear the officers

10  say anything to your son?

11    A    No.

12    Q    Did you hear your son say anything to the

13  officers?

14    A    No.

15    Q    After your son came downstairs, tell me exactly

16  what you saw.

17    A    When my son came down the stairs, then I went

18  here, and I watch TV, and I let him talk to the police.

19    Q    And you don't know what your son said to the

20  police; is that true?

21    A    That's correct.

22    Q    And then what did you see?

23    A    I don't know what happened between them.  But

24  there was scuffle between the police and my son.  So I

25  asked the police to leave the house.  The police said it

1    were too late.

2         Q    Did your son say anything to you?

3         A    No.

4         Q    Did you -- after the officer said it was too

5    late, did you understand what -- strike that.

6         What did you interpret the officer's statement, that

7    it was too late, to mean?

8         A    Normally, I understand a few words in English.

9    But if you ask me many questions in many issue, I cannot

10   answer in English.  All right.

11        Q    Let me just ask it a different way, then.

12        What did you think the officer meant, when he said,

13   "It's too late"?

14        A    I don't know what he mean.  But when I asked them

15   to leave, they said it was too late.

16        Q    And you didn't know what, "It's too late," means?

17        A    I understand that is mean late, too late.  It's

18   too late.  But I don't know what are -- what are the

19   meaning of the sentence.

20        Q    Did you think your son was being arrested?

21        A    I don't know.

22        Q    You don't know what you thought, at the time, or

23   you didn't know if he was being arrested?

24        A    I didn't know what happened.  And I didn't know

25   that my son would be arrested, at that moment.  I didn't

1    know what happened.

2         Q    Did you think he would be arrested later on?

3         A    No.

4         Q    After the officer said it was too late, what did

5    you see?

6         A    They jump on my son.  And then I tried to

7    separate them, and they jumped at me, too.

8         Q    What do you mean by, "jumped on my son"?

9         A    I saw -- I didn't know what happened.  But I saw

10   them beat my son.

11        Q    Describe what you saw in detail, please.

12        A    They using their hand.  What else can they do?

13        Q    Did they use their hand to grab your son?

14        A    I saw two of them jump and then pin my son down.

15   And I went between them and asked them to leave my house.

16   And then they jumped on me, and they pinned me down, too.

17   I don't know what happened.

18        Q    Did both of them -- can you describe the actions

19   of each officer and also describe the officer, so I have an

20   understanding of which officer allegedly did what, please.

21        A    There were two policemen, one short and one tall.

22   The white was short.  And then I saw them jump on my son

23   and pin him down.  So I asked them to leave my house.

24   That's correct.

25        Q    Okay.  You said the short officer was white.

1        Does that mean that the other officer, the tall

2    officer, was not white?

3        A    He was black.

4        Q    I need to get a picture of what you saw.  So

5    instead of saying, "They jumped on my son," I'd like to

6    know exactly what motions they took, whether they grabbed

7    your son, whether they hit your son.  And I need to know

8    which officer did what.

9        Can you describe that in better detail for me, please?

10       A    I saw two persons -- I saw them -- the two of

11   them -- two side of my son, beat my son and then pin him

12   down.  So I came and asked them to leave the house.  And

13   then they said it were too late, and then they pinned me

14   down.  I did not resist.

15       Q    Okay.  What I'm looking for is what you recall

16   about what you saw of your son.  Let's take a couple steps

17   back.

18       And why don't you tell me if your son is coming down

19   the stairs, where -- which officer is on his right, and

20   which officer is on his left?

21       A    Now he's come right here.  I saw the white stand

22   right here and the black right here.  When my son came down

23   here and then they pin my son down right here, and then I

24   walked to them, and I asked them to leave.  And then they

25   said it were too late, and then they pinned me down right

1    three-hole binder facing me; and that the black officer was

2    on my left, when the three-ring binder is facing me; that

3    the officers and the son interacted to the right of the

4    white officer; and that Mr. Tran crossed the room towards

5    the officers.

6         A    That's correct.

7         Q    Okay.  Thank you.  You said that the officers

8    pinned your son.

9         Can you describe that?

10        A    I don't know what happened.  I saw them pin my

11   son down.  And I remember his two leg was right here

12   (indicating).  And I went in and asked the police to leave

13   the house.  And then they pinned me down.

14        Q    Okay.  When you saw that your son was pinned, was

15   he pinned on his stomach?  Was he laying on the floor with

16   his stomach?

17        A    When I saw them pin my son down, I saw his two

18   leg.  And I came here, and then they pinned me down right

19   here (indicating).

20        Q    So you didn't see if your son was laying on his

21   stomach or on his back?

22        A    No.

23        Q    Did both of the officers -- you stated that the

24   officers pinned you down.

25        Are you testifying that both of the officers pinned

1      Q    Was it at that point that they arrested you and

2   put you in the police car?

3      A    Yes.

4      Q    So it's your testimony today that as soon as they

5   pinned your son, you crossed the room and were immediately

6   pinned without you doing anything to the officers, at which

7   point you were taken into the police car?

8      A    Yes.  I only asked them to leave the house.

9      Q    Did Officer Little, the black officer, put you in

10  the police car?

11     A    I don't know who put me into the car.  They spray

12  something to me, and I cannot open my eyes.  I cannot

13  breathe.  I don't know who put me into the car, after they

14  beat me and they pinned me down.

15     Q    Do you know who sprayed something in your eyes?

16     A    I was on the floor, and I don't know -- I didn't

17  know what happened.

18     Q    Did you see what your wife was doing, during the

19  incident?

20     A    No.

21     Q    Did you, at any time, run from the police

22  officers?

23     A    No.

24          (Exhibit 2 was marked for identification.)

25  ////

1    live with my brother, and then my children live with other

2    family member for about a week, after I was released from

3    the jail.

4         Q    Where -- with what relative were your children

5    staying?

6         A    Their cousin, the children's cousin.

7         Q    Okay.  And the name of your children's cousin?

8         A    Tran Kim-Cuc.

9         Q    Can you please spell that for the record?

10        A    T-R-A-N, K-I-M, C-U-C.

11        Q    And you and your wife stayed with Tran Tam; is

12   that correct?

13        A    Yes.  When I was released from the jail, I went

14   there and lived there for about a week.

15        Q    Did your kids stay with Tran Kim-Cuc for a

16   week-and-a-half, before they moved home with you?

17        A    About that time.

18        Q    Going back to what you were talking about -- did

19   you have --

20        A    Talking about the police chase me around the

21   house, by the time they beat me up, I was kind of dizzy.

22   And I lose my teeth, and then I don't remember exactly what

23   happened, at that moment.

24        Q    Mr. Tran, earlier you testified that all you did

25   is cross the floor, and that you were pinned by the police

1    officer, and that you did not run from the police officers.

2        Is it your testimony now that you did run, and the

3    police were chasing you?

4        A    Well, I don't say that they chase me.  But I

5    don't remember what happened, after they beat me.  Probably

6    my face was hitting the wall, and that's why it was swollen

7    and I lose one of my teeth.  And until the time that I was

8    in the jail, I found out that my chest was injured, too.

9        Q    Mr. Tran, earlier I asked you to describe to me

10   exactly what happened, and you made no mention of any of

11   these details.

12       Can we go back again and start again?  And give me a

13   complete and accurate history of what exactly happened and

14   everything that you claim that the officers did to you.

15       A    Yeah.  Just because I didn't remember.

16       Q    Okay.  Then why don't we start at the beginning.

17   I need to know everything that you remember in as exact

18   detail as you can give me.

19       A    If I cannot remember what happened?

20       Q    Nothing happens, if you can't remember.  But I

21   need you to tell me if there are things you don't remember.

22   Like, if, for example, there is a span of time and you

23   don't know what happened in that time, then just tell me

24   that you don't remember what happened in that time.

25       A    Okay.

1      Q    After you called your son downstairs and left him

2    to talk to the police, what exactly happened?  If you could

3    just give me a story, as if you were telling me from the

4    beginning to the end.  Paint a picture for me.  And please

5    don't leave anything out.

6      A    After my son came downstairs and then I moved to

7    the door, as I told you earlier, I didn't know what they

8    talked to each other.  When they beat my son, I told them

9    to leave my house.

10     Q    Okay.  I'm sorry to interrupt you.  But instead

11   of saying conclusory terms like, "They beat my son," I need

12   you to tell me what exactly they did to your son.

13     A    I didn't hear the conversation between my son and

14   the police.  I saw the police hit my son, beat my son, and

15   pin him down.

16     Q    Hit him where?

17     A    I saw them hit my son on the face and then pin

18   him down.

19     Q    Who?  Which officer?

20     A    The white policeman.

21     Q    So you saw -- I'm sorry?

22     A    When I saw the policeman hit and pin my son down

23   and then there may be another policeman came in, but I

24   don't remember the numbers of the policeman came to my

25   house.  I don't remember.

1      leave.  But I remember that I told them to leave.

2          Q    Did you tell them to leave, or did you ask them

3      to leave?

4          A    I asked them to leave.

5          Q    And what did your -- were you yelling, or were

6      you speaking in a normal voice?

7          A    You mean loud?

8          Q    Yes.

9          A    No.  I speak in a normal tone.  I say that,

10     "Please get out of my house."

11         Q    And you said this as you were crossing the room

12     toward the officers; is that correct?

13         A    That's correct.

14         Q    And can you describe how you crossed the room

15     toward the officers, meaning, did you run, did you walk,

16     were your arms up, were your arms down, that kind of

17     information.

18         A    Normally, if I ask somebody to get out, I would

19     gesture to ask them to go out.

20         Q    Okay.  Are you saying you gestured at the police

21     officers?

22         A    Yes.  I gestured to ask them to leave the house.

23         Q    Did you walk over there?  Did you run over there?

24         A    I walked there.

25         Q    Were you angry, when you saw the police officers

1    pin your son?

2          A     Yes.  Because I didn't know the reason.

3          Q     Do you think that your anger was visible to the

4    police officers?

5          A     I don't know.

6          Q     After you crossed the room towards the police

7    officers, did the officers say anything else to you?

8          A     They said it were too late.

9          Q     Okay.  Then why don't you tell me exactly, in

10   great detail, everything that happened from the time the

11   officer said it was too late until the time of your arrest.

12         A     As I told you earlier, that after I got the first

13   hit, I were dizzy.  And probably it's first hit is causing

14   me to fall against the wall.  Right after the first hit, I

15   was dizzy.  And I thought that I fall against the wall.

16   And then I bounced back, and then they hit me again.  And

17   then I hit the door.

18         Q     Okay.  When did you first get hit?  Because I

19   need to know when that happened, who hit you, where did

20   that person hit you.  I need all the details, with respect

21   to that information.

22         A     The black guy.

23         Q     Okay.  When?

24         A     After I asked them to leave the house, then they

25   hit me on my face.  And this was a black bruise either one

1   side of my face.

2       Q   Okay.  When did this happen?  I understand that

3   it was after you asked them to leave the house.

4       Is it after they said it was too late?  Is it after

5   you crossed the area you were in to be closer to the police

6   officers?  Did the police officers come toward you?  I need

7   to know a little bit more detail, if you have any.  If you

8   don't, then that's fine.  But I need to know everything

9   that you know.

10      A   Time pass, and then my mind is not good as

11  younger kids.  So time pass, and I don't remember in great

12  detail.

13      Q   Okay.  So sometime after you told the officers to

14  leave, the officer -- the black officer hit you in the

15  face?

16      A   Yes.

17      Q   And had you crossed to get closer to the

18  officers, at that time?

19      A   I walk a few steps, then get close to the police

20  officer.

21      Q   You were close to the police officer?

22      A   Time pass.  Time pass, and my memory is kind of

23  losing the detail.

24      Q   Okay.  Did the officer hit you once in the face

25  or more than once?

1        A    I remember that the police first striked me on my

2   face.  And I don't remember clearly what side of my face.

3   And then I fell against a wall.  Then when I got back on my

4   feet, then they struck me again.  And it's close to the

5   shrine in my house.  Time pass, and I losing some of those

6   details.  Days pass by, and my memory is not as good as

7   before.

8        Q    Who passed by?

9        A    Days, days passed by.

10       Q    Do you remember anything else, after falling into

11  the shrine?

12       A    If I could recall the detail, I would tell you.

13       Q    Okay.  After the officers hit you, what did you

14  do?  Did you try to defend yourself?  Did you raise your

15  hands to them?

16       A    When I was hit and then the first reaction that

17  you try to duck to be hit again.  And I don't know that

18  what the injury from my chest -- where I get injury from

19  for the chest.  I don't remember.

20       Q    Did you do anything besides duck?

21       A    What do you mean what did I do?  What do you

22  mean?

23       Q    What was your reaction?

24       A    The time pass.  I don't remember.  But of course,

25  if somebody hit you for no reason, you try to duck.

```
 1          Q    Did you try to hit back?

 2          A    How could I hit them back?  They have a weapon on

 3     themselves.  How could I do that?

 4          Q    I'm not asking -- I'm just asking if you did.  A

 5     yes or no answer is all I need to know.

 6          A    No.

 7          Q    Did you push them?

 8          A    I don't remember.

 9          Q    Did you try to restrain them in any way?

10          A    No.

11          Q    So is it your testimony, then, you sat there and

12     let yourself get hit without doing anything to keep from

13     being hit, other than duck once?

14          A    What do you mean I ducked them?

15          Q    Earlier, you said you ducked.

16          A    It was awhile ago.  I could say that I don't

17     remember.

18          Q    Because you don't remember?

19          A    Too much of stress.

20          Q    Do you need to take a break, Mr. Tran?

21          A    Yes.

22          (There was a break in the proceedings.)

23          BY MS. CARR:

24          Q    Mr. Tran, are you feeling better?

25          A    Yes.
```

1          MS. CARR:  I need you to have a verbal answer.

2          MR. KORNAS:  Relax.

3          THE WITNESS:  Yes.

4              BY MS. CARR:

5      Q    This should be -- I know it's stressful.  But I

6    can take as many breaks as you need or stop whenever you

7    need to.  Again, it's -- just as long as there's a question

8    pending, if you'd answer it.  But we can take breaks.  It

9    doesn't have to be too taxing.

10     A    I think that I don't remember it, at this moment.

11   So I just say that I don't remember.  And keep pulling it

12   out from my brain does no help.  Too many questions and

13   some questions I remember, then I could answer.  Some

14   question I don't remember, and I can't answer.

15         MS. CARR:  That's the point of the questions,

16   basically, is to find out what you do remember and what you

17   don't remember.  It's important that I get as much

18   information that I can today, so that we don't have to go

19   back later, when you do remember; or so that you don't

20   remember something later that I haven't inquired about.

21   I'm just trying to do my job.  But like I said, we can take

22   as many breaks as you need.

23         MR. KORNAS:  If I may, Mr. Tran, just relax and tell

24   her what you know.  You are not here to provide answers for

25   every question.  You are here to tell her what you know.

1    that point on?  And I'm referring to the night of July 19,

2    1999.

3         A    What I remember, I already told you earlier.  And

4    if you ask more, then I have to sit here and try to

5    remember again.

6         Q    Mr. Tran, your testimony has changed from the

7    beginning of this deposition to now.  And what I need to do

8    is get everything that you remembered after the break,

9    which was not even an hour ago, and talk to you about what

10   those new recollections were and the details surrounding

11   that.

12        A    Okay.

13        Q    So after you fell into the shrine, what do you

14   remember?

15        A    I don't remember.  Thing happens to quick.  And

16   what I could recall right now, I already told you.

17        Q    How did you come to be pinned to the floor?

18        A    I don't remember.

19        Q    Do you remember how you lost your tooth?

20        A    When I was in prison, then I realized that I lose

21   one of my teeth.

22        Q    Did you remember when you lost your tooth?

23        A    I don't know exactly when.  But when I was in

24   prison, I saw the blood, and then I realized that I lose

25   one tooth.  Ask me exactly the time, then I can't tell you.

1     Q     Did you see any of your property get damaged by

2     the police officers?

3     A     I don't remember.  Time pass.  I don't remember.

4     Q     Do you have any personal knowledge that police

5     officers caused any property damage in your home?

6     A     What?  Do I know what?

7     Q     Mr. Tran, in your complaint, you claim that

8     police officers destroyed property in your home.  I'm

9     asking you what is the basis for that allegation.

10          In other words, how do you know that the police

11    officers broke property, as opposed to your kids or you or

12    your wife?

13    A     When I was stricken by the police, after the

14    first time, I was overcome with bad feeling.  And maybe my

15    wife or my children, when they was around me and they

16    wasn't struck like me, then they would see what the damage

17    to the house.  I was beat by the police, and then there

18    must be damage in the house.  But I could depend on my wife

19    and my children.

20    Q     But did you personally see the police destroy

21    anything in your house?

22    A     I was beat by the police, and then I was sprayed

23    into my face.  I can't see anything.  And only the person

24    who saw it are my wife, my children, because they stand

25    around and look and see it.  Ask me by that time did I see

1   anything, I couldn't open my eyes.

2       Q     Okay.  So your answer is no?

3       A     No.  I don't remember.

4       Q     Did you see or hear what your other family

5   members were doing, during this time?

6       A     It was a bad memory.  Sometime I try to free my

7   mind away from that.  And forget it is a good thing to do,

8   because it's really bad.  My wife and my children witness

9   what happened around me, after I was beat.  Because I was

10  overcome with the feeling of horrors, and I was beat by

11  somebody.  And I was dizzy, and so my wife and my children

12  could see.  They cry, or they could see thing around me.

13      Q     Mr. Tran, I understand that your wife or your

14  children saw more than you did.  I'm asking you a very --

15  just a single question of whether saw what your wife and

16  what your kids were doing, while you were struggling with

17  the police.  If the answer is no, then it's no, and we move

18  on.

19      A     I didn't see.

20      Q     Okay.  And you didn't hear them talking back and

21  forth either; is that right?

22      A     Correct.

23      Q     And you didn't talk to any of the family members,

24  while you were struggling with the police officers; is that

25  correct?

1   STATE OF WASHINGTON        )

2                              )

3   County of King             )

4

5

6

7        I, Andrea Evans, hereby certify that pursuant to the

8   Federal Rules of Civil Procedure, MUIO TRAN personally

9   appeared before me at the time and place set forth in the

10  caption herein; that at said time and place I reported in

11  stenotype all testimony adduced and other oral proceedings

12  had in the foregoing matter; that thereafter my notes were

13  reduced to typewriting under my direction; and the

14  foregoing transcript constitutes a full, true and correct

15  record of such testimony adduced and oral proceeding had

16  and of the whole thereof.

17       Witness my hand at Silverdale, Washington, this 8th

18  day of April, 2002.

19

20

21

22                              ANDREA EVANS
                                CCR#EV-AN-SA*352PW
23

24

25