The Honorable Thomas S. Zilly

FILED
LODGED ENTERED
RECEIVED

MAY 2 3 2002  MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU
HUU TRAN, a minor child, LOAN HUU
TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

No. CO1-1081-Z

DECLARATION OF ALVIN
LITTLE IN SUPPORT OF
SUMMARY JUDGMENT



CV 01-01081 #00000027

ALVIN LITTLE declares as follows:

1    I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.    I am a sergeant with the Seattle Police Department's ("SPD") Community Police Team  I have worked for the SPD for almost eighteen years

3.    On or about July 19, 1999, I was working as a patrol officer in the south precinct  I was dispatched to assist Officer Waldorf in investigating a hit and run accident.  The victim of the accident had identified the license plate of the vehicle that hit her, and a plate check had revealed that the owner's residence was located in my jurisdiction, the south precinct, so I was asked to assist

DECLARATION OF ALVIN LITTLE IN SUPPORT
OF SUMMARY JUDGMENT - 1
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\LITTLE BIFURCATION DECL DOC

ORIGINAL

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

27

4.    When we arrived, we saw the suspect vehicle parked in the driveway the residential address the plate check had revealed.  The vehicle had marks on it that were consistent with the accident as it had been described to me.  For example, the damage to the car was consistent with the accident described, there was vomit down the side of the car, which was consistent with the victim's statement that she believed the driver was intoxicated, and the license plates and vehicle matched the victim's description as well.  We approached the house and rang the doorbell

5.    A gentleman, later identified as Muio Tran, answered the door.  Officer Waldorf asked if we could come in, and Mr. Tran invited us to do so.  Mr Tran indicated that the car belonged to him.  He denied knowing that the car had been in an accident.  Because he did not match the description of the driver, we asked Mr. Tran if he had a son.  When he said he did, Officer Waldorf asked if we could talk with him.  A woman, later identified as Kim-Cuc Nguyen, retrieved the son.  While Officer Waldorf waited for the son, Mr. Tran and I went outside to inspect the damage to the car. Mr. Tran appeared to understand and to speak English

7.    After we re-entered the house, Officer Waldorf and the suspect started to go outside.  They were about halfway to the door when Mr. Tran shouted out for the suspect not to accompany Officer Waldorf outside.  The suspect tensed in preparation to flee or to strike us, and Officer Waldorf grabbed the suspect's arm and told him that he was under arrest.  I then saw the suspect hit Officer Waldorf, using his forearm to strike Officer Waldorf in the chest.  Mr. Tran then rushed Officer Waldorf and knocked the officer back away from the suspect.  Mr. Tran then grabbed my arms, further interfering in his son's arrest.  I pushed Mr Tran back and tried to take control of the suspect  The suspect punched me and kept trying to escape  I kept saying, "Calm down!  It's alright!"  The suspect broke free, and he and Mr. Tran ran through the kitchen into the dining area.  Officer Waldorf and I pursued them.

DECLARATION OF ALVIN LITTLE IN SUPPORT
OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\LITTLE BIFURCATION DECL DOC

STAFFORD FREY COOPER
—————— Professional Corporation ——————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

8      In the dining area, the suspect, Mr. Tran, Kim-Cuc Nguyen, and the children all attacked us.   Mr Tran was striking us with his hands.   The kids were throwing things at us.  Ms. Nguyen jumped on our backs and was hitting us.   The suspect was also assaulting us.  When I would get free from one of the individuals, I would be attacked by the others   It was the same for Officer Waldorf.  Whoever was not attacking me at the time was attacking him or getting ready to attack one of us  Officer Waldorf and I did what we could to protect ourselves and aid each other.  Whenever I could get free to help Officer Waldorf, I would.  I could see that he was making the same effort.   I was not carrying any pepper spray, nor was Officer Waldorf.

9.      I kept trying to detain these people with grappling techniques - mostly because of their age and physical size.  Rather than hit them, I would push or pull them away from me or Officer Waldorf and try to subdue them.  I did not want to use the force I was capable of for fear of seriously injuring them   Officer Waldorf kept shouting for everyone to calm down   I did too, but no one did   Officer Waldorf called for back up, but no one came   I called for fast back up.

10.      At one point, the suspect ran through the dining room into the kitchen, where the door was located. Officer Waldorf followed him.  Mr. Tran, Ms. Nugyen, and the children continued to attack me. Because Mr. Tran was the largest of my assailants, I focused my efforts on detaining him   However, he was so slick with sweat I couldn't get a good hold of him to do so.  He was increasingly violent.   He slammed me into a window, causing it to shatter   I felt my body bounce off of the screen and we both fell to the floor.  I placed Mr. Tran into a bear hug and attempted to hold him down   Kim-Cuc Nguyen ran over to me yelling and screaming and grabbed my arms and shirt.  I pushed her back, but she got up and attempted to extricate Mr  Tran.  I was in a sitting position on the floor and had a tough time keeping her back.

DECLARATION OF ALVIN LITTLE IN SUPPORT
OF SUMMARY JUDGMENT - 3
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\LITTLE BIFURCATION DECL DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1    11.    Right about that time, back up arrived.    Ms. Nguyen and Mr. Tran also

2    attacked them.   I had to pull Ms. Nguyen off of one other officer's back.   I was then able

3    to handcuff her.

4    12.    Outside of the paperwork, my involvement with plaintiffs basically ended at

5    that point.   I do know that Kim-Cuc Nguyen and Muio Tran were taken into custody and

6    charged with assault.   I believe that the children were left with relatives who were

7    waiting outside the house.   I was not seriously injured by the plaintiffs, but did sustain

8    multiple cuts and scratches.

9    13.    I do not believe that the plaintiffs suffered any serious injuries either.   They

10    did not appear to be injured, they did not complain of any injuries, and they did not

11    request medical assistance.   If any property was damaged, it was plaintiffs who caused

12    it, either by breaking it themselves, or by forcing us to defend against their assaults.   In

13    trying to defend myself and, when I could, Officer Waldorf, I used the least amount of

14    force possible, even though I believe the circumstances justified my using a greater

15    amount of force.

16    14.    I believe that I acted reasonably under the facts and circumstances known

17    to me at the time of this incident.

18    I CERTIFY under penalty of perjury under the laws of Washington State that the

19    foregoing is true and correct.

20    DATED this __14__ day of __APRIL__, 2002.

21

22    
      Alvin Little

23

DECLARATION OF ALVIN LITTLE IN SUPPORT
OF SUMMARY JUDGMENT - 4
M:\CLIENTS\3519\22200\FEDERAL PLEADINGS\LITTLE BIFURCATION DECL.DOC

STAFFORD FREY COOPER
a professional corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1

The Honorable Thomas S. Nelly

FILED CC. TO JUDGE
ENTERED
LODGED
RECEIVED

MAY 2 3 2002  MR

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

2

3

4

5

6

7   UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   MUIO TRAN, KIM CUC NGUYEN, NHU
    HUU TRAN, a minor child, LOAN HUU        No.  CO1-1081-Z
10  TRAN, a minor child,
                                             DECLARATION OF KIRK
11                                           WALDORF IN SUPPORT OF
              Plaintiffs,                    SUMMARY JUDGMENT
12
          v
13
    CITY OF SEATTLE, et al ,
14
              Defendants.
15
          KIRK WALDORF declares as follows:
16

17        1     I make this declaration on the basis of personal knowledge and am

18  competent to testify to the matters herein

19        2.     I am a patrol officer with the Seattle Police Department ("SPD").  I have

20  worked for the SPD for almost five years.

21        3.     On or about July 19, 1999, I was working as a patrol officer in the south

22  precinct.  I was dispatched to investigate a hit and run accident. The victim of the

23  accident described the accident, the vehicle, the driver, and also was able to give me

DECLARATION OF KIRK WALDORF IN                    STAFFORD FREY COOPER
SUPPORT OF SUMMARY JUDGMENT - 1                   ─── Professional Corporation ───
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WALDORF BIFURCATION DECL.DOC       A T T O R N E Y S
                                                  2500 RAINIER TOWER
                            ORIGINAL              1301 FIFTH AVENUE
                                                  SEATTLE, WASHINGTON 98101-2621
                                                  TEL. (206) 623-9900

1   the vehicle's license plate number.  She told me she believed the driver to be a young

2   Asian male in his late teens or early twenties and that she thought he was intoxicated.

3       4.      I ran a plate check on the license plate number she gave me and located

4   the residential address of the registered owner of the car.  The address was in South

5   Seattle.  I decided to go there to continue my investigation and to obtain the insurance

6   information of the driver.  Because the residence was located in South Seattle, I asked

7   for someone from the south precinct to assist me.  Officer Little responded to the

8   dispatch.

9       5      When we arrived at the residence, we saw the suspect vehicle parked in

10  the driveway.  The vehicle had marks on it that were consistent with the accident as the

11  victim described it.  For example, the damage to the car was consistent with the

12  accident described, there was vomit down the side of the car, which was consistent with

13  the victim's statement that she believed the driver was intoxicated, and the license

14  plates and vehicle also matched the victim's description. Officer Little and I approached

15  the house and rang the doorbell

16      6      A gentleman, later identified as Muio Tran, answered the door. I asked if

17  we could come in, and Mr. Tran invited us to do so.  Mr. Tran indicated that the car

18  belonged to him.   He denied knowing that the car had been in an accident   Because

19  he did not match the description of the driver, we asked Mr Tran if he had a son   When

20  he said he did, I asked if we could talk with him.  A woman, later identified as Kim-Cuc

21  Nguyen, retrieved the son  While I was waiting to talk to the son, Officer Little and Mr.

22  Tran went outside to inspect the damage to the car.

23

DECLARATION OF KIRK WALDORF IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WALDORF BIFURCATION DECL DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1    7    When the son came downstairs, I noted that he matched the description of

2  the driver· an Asian male in his late teens/early twenties who appeared to be

3  intoxicated  I asked the suspect if he had been driving recently and if he had been in an

4  accident    He smelled of alcohol.  The suspect initially denied the same, but later

5  admitted that he had been driving.  I asked him to come outside with me to inspect the

6  car  Both he and Mr. Tran appeared to understand and to speak English.

7    8.    The suspect and I were about half-way to the door when Mr. Tran came in

8  to the residence with Officer Little.  Mr. Tran ordered the suspect not to go outside with

9  me  The suspect tensed in preparation to flee or assault me, so I grabbed the suspect's

10  arm and told him that he was under arrest  Mr Tran then rushed towards me and he

11  struck me in the chest with his forearm.   The suspect broke free and both he and Mr.

12  Tran ran through the kitchen into the dining area. Officer Little and I pursued them.

13    9.    In the dining area, the suspect, Mr. Tran, Kim-Cuc Nguyen, and the

14  children all attacked us  Mr Tran was striking us  The children were throwing things at

15  us.  Ms Nguyen jumped on our backs and was hitting us.  The suspect was also

16  assaulting us.  When I would get free of one, I would be attacked by the others.  It was

17  the same for Officer Little.  Whoever was not attacking me at the time was attacking him

18  or getting ready to attack one of us. Officer Little and I did what we could to protect

19  ourselves and aid each other. Whenever I could get free to help Officer Little I would,

20  and I could see that he was making the same effort    I was not carrying any pepper

21  spray, nor was Officer Little

22    10    I kept trying to detain these people with grappling techniques - mostly

23  because of their age and physical size. Rather than hit them, I would push or pull them

DECLARATION OF KIRK WALDORF IN
SUPPORT OF SUMMARY JUDGMENT - 3
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WALDORF BIFURCATION DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1   away from me or Officer Little and try to subdue them. I did not want to use the force I

2   was capable of for fear of seriously injuring them. I kept shouting for everyone to calm

3   down. No one did. I called for back up, but no one came I later learned that the

4   dispatch operator could not hear me and so she sent everyone to the West Seattle

5   location of the hit and run, not to the South Seattle address where we actually were. I

6   also called for fast back up

7       11.    At one point, the son ran through the dining room into the kitchen, where

8   the door was located. I followed him. When I got to the kitchen, he was standing there

9   with a chair raised over his head. I believe that he intended to slam the chair onto my

10   head. I tackled him to the floor. We struggled until I was able to wrap my arms around

11   his chest, pinning his arms to his side. Even then he continued to struggle. He kept

12   trying to kick me. In doing so, he kicked the glass out of the oven door. All the while I

13   could hear Officer Little struggling with the others in the next room. Right about that

14   time, back up arrived and helped us to subdue the plaintiffs

15       12.    Outside of the paperwork, my involvement with plaintiffs basically ended at

16   that point. I do know that Kim-Cuc Nguyen and Muio Tran were arrested and taken into

17   custody. I believe that the children were left with relatives who were waiting outside the

18   house I was not seriously injured by the plaintiffs, but did sustain multiple cuts and

19   scratches

20       13.    I do not believe that the plaintiffs suffered any serious injuries either. They

21   did not appear to be injured, they did not complain of any injuries, and they did not

22   request medical assistance. If any property was damaged, it was plaintiffs who caused

23   it, either by breaking it themselves, or by forcing us to defend against their assaults. In

DECLARATION OF KIRK WALDORF IN
SUPPORT OF SUMMARY JUDGMENT - 4
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WALDORF BIFURCATION DECL DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1    trying to defend myself and, when I could, Officer Little, I used the least amount of force

2    possible, even though I believe the circumstances justified my using a greater amount

3    of force.

4            14.     I believe that I acted reasonably under the facts and circumstances known

5    to me at the time of this incident.

6            I CERTIFY under penalty of perjury under the laws of Washington State that the

7    foregoing is true and correct.

8            DATED this ___30___ day of ___April___, 2002.

9

10                                            _____

11                                            Kirk Waldorf

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF KIRK WALDORF IN
SUPPORT OF SUMMARY JUDGMENT - 5
U:\CLIENT\5081\22003\FEDERAL PLEADINGS\WALDORF DFLIFICATION 8965.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Tel. (206) 623-9900

1

The Honorable Thomas S. Zilly

2

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

3

MAY 2 3 2002 **MR**

4

AT SEATTLE
CLERK U S. DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON

5

DEPUTY

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   MUIO TRAN, KIM CUC NGUYEN, NHU
   HUU TRAN, a minor child, LOAN HUU

10   TRAN, a minor child,

11              Plaintiffs,

12       v

13   CITY OF SEATTLE, et al ,

14              Defendants

No. CO1-1081-Z

DECLARATION OF JOHN S.
VRADENBURG IN SUPPORT OF
SUMMARY JUDGMENT

15       JOHN S. VRADENBURG declares as follows

16       1.   I make this declaration on the basis of personal knowledge and am

17   competent to testify to the matters herein.

18       2.   I am a police officer with the Seattle Police Department and was so on

19   July 19, 1999.

20       3.   On July 19, 1999, I received a call for fast back up.  I notified dispatch that

21   I was on my way to the officers' location, 5101 South Orchard Street    Prior to arriving

22   to the scene, dispatch informed me that my assistance was no longer needed.  I did not

23

DECLARATION OF JOHN S VRADENBURG IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\VRADENBURG DOC

ORIGINAL

STAFFORD FREY COOPER
_____ Professional Corporation _____
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1  arrive at the address where the officers calling for help were located, but instead

2  returned to my regular duties

3      4.    I was not involved in the incident underlying this complaint in any way.  To

4  my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan

5  Huu Tran, nor have I had any other contact with them, individually or collectively.  Other

6  than what I have heard through the grapevine, I know nothing about this case.

7      I CERTIFY under penalty of perjury under the laws of Washington State that the

8  foregoing is true and correct.

9      DATED this _____ day of _____, 2002.

10

11

12                                          John S. Vradenburg

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF JOHN S. VRADENBURG IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\VRADENBURG DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1 arrive at the address where the officers calling for help were located, but instead
2 returned to my regular duties.

3     4.     I was not involved in the incident underlying this complaint in any way. To
4 my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan
5 Huu Tran, nor have I had any other contact with them, individually or collectively. Other
6 than what I have heard through the grapevine, I know nothing about this case.

7     I CERTIFY under penalty of perjury under the laws of Washington State that the
8 foregoing is true and correct.

9     DATED this _5TH_ day of _APRIL_____, 2002.

10

11

12                         John S. Vradenburg

13

14

15

16

17

18

19

20

21

22

23

**DECLARATION OF JOHN S. VRADENBURG IN
SUPPORT OF SUMMARY JUDGMENT - 2**
M:\CLIENTS\2019\22002\FEDERAL PLEADINGS\VRADENBURG.DOC

STAFFORD FREY COOPER
_Professional Corporation_
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1

The Honorable Thomas S. Zilly

———— FILED ————ENTERED

2

———— LODGED————RE(  )

3

MAY 2 3 2002 **MR**

4

AT SEATTLE
CLERK U S DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9

MUIO TRAN, KIM CUC NGUYEN, NHU
HUU TRAN, a minor child, LOAN HUU

10

TRAN, a minor child,

11

Plaintiffs,

12

v.

13

CITY OF SEATTLE, et al ,

14

Defendants.

No.  CO1-1081-Z

DECLARATION OF NICHOLUS
BAUER IN SUPPORT OF
SUMMARY JUDGMENT

15

NICHOLUS BAUER declares as follows:

16

1.    I make this declaration on the basis of personal knowledge and am

17

competent to testify to the matters herein.

18

2    I am a police officer with the Seattle Police Department and was so on

19

July 19, 1999.

20

3    On July 19, 1999, I received a call for fast back up.  I notified dispatch that

21

I was on my way to the officers' location at 5101 South Orchard Street.  When I was

22

about a half block from the scene I was advised by dispatch that my assistance was no

23

DECLARATION OF NICHOLUS BAUER IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\BAUER DECL DOC

ORIGINAL

STAFFORD FREY COOPER
—— Professional Corporation ——
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1  longer needed. I drove by the scene and noticed a number of police vehicles in the

2  vicinity. I then returned to my regular duties.

3      4.    I was not involved in the incident underlying this complaint in any way. To

4  my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan

5  Huu Tran, nor have I had any other contact with them, individually or collectively. Other

6  than what I have heard through the grapevine, I know nothing about this case.

7      I CERTIFY under penalty of perjury under the laws of Washington State that the

8  foregoing is true and correct.

9      DATED this 27 day of APRIL , 2002.

10

11

12                    Nicholus Bauer

13

14

15

16

17

18

19

20

21

22

23

**DECLARATION OF NICHOLUS BAUER IN SUPPORT OF SUMMARY JUDGMENT - 2**
U:\CLIENT\5D19\22003\FEDERAL PLEADINGS\BAUER DECL.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1          The Honorable Thomas S. Zilly

2
_____ FILED  _____ ENTERED
3
_____ LODGED _____ RECEIVED

4          MAY 2 3 2002  MR
                  AT SEATTLE
5          CLERK U S DISTRICT COURT
        BY  WESTERN DISTRICT OF WASHINGTON
                           DEPUTY
6

7          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9  | MUIO TRAN, KIM CUC NGUYEN, NHU | No.  CO1-1081-Z |
   | HUU TRAN, a minor child, LOAN HUU | |
10 | TRAN, a minor child, | DECLARATION OF ROBERT E. |
   | | WHITE IN SUPPORT OF |
11 | Plaintiffs, | SUMMARY JUDGMENT |
   | | |
12 | v. | |
   | | |
13 | CITY OF SEATTLE, et al , | |
   | | |
14 | Defendants. | |

15          ROBERT E. WHITE declares as follows.

16          1     I make this declaration on the basis of personal knowledge and am

17  competent to testify to the matters herein

18          2     I am a police officer with the Seattle Police Department and was working

19  in my capacity as such on July 19, 1999.

20          3     On July 19, 1999, I received a call for fast back up   I notified dispatch that

21  I was on my way.   As I arrived, I noticed that several police vehicles lined the street of

22  the address where I was to respond   Right about that time, I received a call over the

23  radio that the officers had everything under control and that my assistance was no

DECLARATION OF ROBERT E. WHITE IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WHITE DECL DOC

ORIGINAL

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1   longer needed   I never got out of my vehicle   I did not write a statement.  I never saw

2   the people that were arrested.

3        4      I was not involved in the incident underlying this complaint in any way   To

4   my knowledge, I have never met Muoi Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan

5   Huu Tran, nor have I had any other contact with them, individually or collectively   Other

6   than what I have heard through the grapevine, I know nothing about this case

7        I CERTIFY under penalty of perjury under the laws of Washington State that the

8   foregoing is true and correct

9        DATED this *3RD* day of *APRIL* _____, 2002

10

11                                    _____
                                      Robert E  White

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ROBERT E  WHITE IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\W-WTE DECL DOC

STAFFORD FREY COOPER
—————— Professional Corporation ——————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

The Honorable Thomas S. Zilly

———FILED ——— ENTERED
———LODGED———RECEIVED

MAY 2 3 2002 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | No  CO1-1081-Z<br><br>DECLARATION OF ROBERTO SABAY IN SUPPORT OF SUMMARY JUDGMENT |

ROBERTO SABAY declares as follows:

1.    I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2.    I am a police officer with the Seattle Police Department and was so on July 19, 1999

3.    On July 19, 1999, I was on patrol on the west side of Seattle when I received a call for fast back up   I notified dispatch that I was on my way to the officers' location at 5101 South Orchard Street. When I arrived at the scene I was informed by

DECLARATION OF ROBERTO SABAY IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\SABAY DECL DOC

ORIGINAL

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1  dispatch that my assistance was no longer needed. I did not remain at the scene and

2  returned to my regular duties in West Seattle.

3      4.    I was not involved in the incident underlying this complaint in any way. To

4  my knowledge, I have never met Mulo Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan

5  Huu Tran, nor have I had any other contact with them, individually or collectively. Other

6  than what I have heard through the grapevine, I know nothing about this case.

7      I CERTIFY under penalty of perjury under the laws of Washington State that the

8  foregoing is true and correct.

9      DATED this _17_ day of __MAY_____, 2002.

10

11  Roberto Sabay

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ROBERTO SABAY IN
SUPPORT OF SUMMARY JUDGMENT - 2
V:\CLIENTS\3010\2003\FEDERAL PLEADINGS\SABAY DECL.DOC

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1

The Honorable Thomas S Zilly

2

———— FILED  ———— ENTERED
———— LODGED ———— RECF'' ''

3

MAY 2 3 2002 MR

4

AT SEATTLE
CLERK U S DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON

5

DEPUTY

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9

MUIO TRAN, KIM CUC NGUYEN, NHU
HUU TRAN, a minor child, LOAN HUU

10

TRAN, a minor child,

11

Plaintiffs,

12

v

13

CITY OF SEATTLE, et al ,

14

Defendants.

No   CO1-1081-Z

DECLARATION OF EUGENE
FOSTER IN SUPPORT OF
SUMMARY JUDGMENT

15

EUGENE FOSTER declares as follows·

16

1.    I make this declaration on the basis of personal knowledge and am

17

competent to testify to the matters herein.

18

2.    I am a police officer with the Seattle Police Department and was so on

19

July 19, 1999.

20

3.    On July 19, 1999, I was working with Michael Griffin when we received

21

calls for fast back up from Officers Little and Waldorf   We notified dispatch that we were

22

on our way to their location.   Prior to arriving to the scene, dispatch informed us that

23

DECLARATION OF EUGENE FOSTER IN
SUPPORT OF SUMMARY JUDGMENT. 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\FOSTER DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

ORIGINAL

our assistance was no longer needed. Neither Officer Griffin nor I ever arrived to assist

the officers calling for help. Instead, we returned to our regular duties.

4. I was not involved in the incident underlying this complaint in any way. To

my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan

Huu Tran, nor have I had any other contact with them, individually or collectively. Other

than what I have heard through the grapevine, I know nothing about this case.

I CERTIFY under penalty of perjury under the laws of Washington State that the

foregoing is true and correct.

DATED this 14ᵀᴴ day of APRIL                    , 2002.


Eugene Foster


**DECLARATION OF EUGENE FOSTER IN
SUPPORT OF SUMMARY JUDGMENT - 2**
M'CLIENTS\201\302.003\FEDERAL.PLEADINGS\FOSTER DECL.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
Tel. (206) 623-9900

The Honorable Thomas S. Zilly

1

2       _____ FILED   _____ ENTERED
        _____ LODGED _____ RECEIVED

3            MAY 2 3 2002  MR

4              AT SEATTLE
          CLERK U.S. DISTRICT COURT
       BY  WESTERN DISTRICT OF WASHINGTON
                            DEPUTY

5

6

7              UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9    MUIO TRAN, KIM CUC NGUYEN, NHU          No   CO1-1081-Z
     HUU TRAN, a minor child, LOAN HUU
10   TRAN, a minor child,                    DECLARATION OF MICHAEL R
                                             GRIFFIN IN SUPPORT OF
11                Plaintiffs,                SUMMARY JUDGMENT

12        v.

13   CITY OF SEATTLE, et al.,

14                Defendants

15        MICHAEL R. GRIFFIN declares as follows:

16        1.    I make this declaration on the basis of personal knowledge and am

17   competent to testify to the matters herein

18        2.    I am a police officer with the Seattle Police Department and was so on

19   July 19, 1999.

20        3     On July 19, 1999, I was working with Eugene Foster when we received

21   calls for fast back up from Officers Little and Waldorf. We notified dispatch that we were

22   on our way to the officers' location, 5101 South Orchard Street.   Prior to arriving to the

23   scene, dispatch informed us that our assistance was no longer needed.   Neither Officer

DECLARATION OF MICHAEL R. GRIFFIN IN          STAFFORD FREY COOPER
SUPPORT OF SUMMARY JUDGMENT - 1                    Professional Corporation
M.\CLIENTS\3019\22003\FEDERAL PLEADINGS\GRIFFIN DECL.DOC    ATTORNEYS
                                              2500 RAINIER TOWER
                   ORIGINAL                   1301 FIFTH AVENUE
                                              SEATTLE, WASHINGTON 98101-2621
                                              TEL. (206) 623-9900

Foster nor I ever arrived to assist the officers calling for help. Instead, we returned to our regular duties.

4.    I was not involved in the incident underlying this complaint in any way. To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively. Other than what I have heard through the grapevine, I know nothing about this case.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this  14  day of  APRIL  , 2002.

Michael R. Griffin

DECLARATION OF MICHAEL R. GRIFFIN IN
SUPPORT OF SUMMARY JUDGMENT - 2
M:\CLIENTS\1301\22049\FEDERAL PLEADINGS\GRIFFIN DEC.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

The Honorable Thomas S. Zilly

FILED
LODGED
ENTERED
RECEIVED

MAY 2 3 2002

AT SEATTLE
CLERK U S DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

MR

1

2

3

4

5

6

7       UNITED STATES DISTRICT COURT
8       WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9    MUIO TRAN, KIM CUC NGUYEN, NHU          No.  CO1-1081-Z
     HUU TRAN, a minor child, LOAN HUU
10   TRAN, a minor child,                     DECLARATION OF DANIEL
                                              BESTE IN SUPPORT OF
11                    Plaintiffs,             SUMMARY JUDGMENT

12        v.

13   CITY OF SEATTLE, et al.,

14                    Defendants.

15        DANIEL J. BESTE declares as follows·

16        1.    I make this declaration on the basis of personal knowledge and am

17   competent to testify to the matters herein

18        2.    I am a sergeant with the Seattle Police Department and was so on July

19   19, 1999.

20        3.    On July 19, 1999, I received two calls for fast back up from Officers Little

21   and Waldorf.   Over the radio, I could hear a tremendous amount of yelling and

22   screaming.  I notified dispatch that I was on my way to the officers' location at 5101

23   South Orchard Street.

DECLARATION OF DANIEL BESTE IN SUPPORT
OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\BESTE DECLARATION DOC

ORIGINAL

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1      4.    By the time I arrived, the plaintiffs and Hoa Tran were all handcuffed. I

2  discussed the situation with my officers. I learned that Mr. Tran and Ms. Nguyen and

3  Hoa Tran attacked the officers, resisted arrest, interfered with the officers' attempts to

4  make arrests, and violently assaulted the officers. Based on the information I learned, I

5  made the decision that the plaintiffs should be sent to jail.

6      5.    Upon making that decision, I discussed the situation with members of the

7  Tran family who were also present at the house. I found an adult family member of

8  suitable age and discretion to take custody of the minor children, Nhu Huu Tran and

9  Loan Huu Tran.

10      6.    I was not involved in the incident underlying this complaint in any other

11  way.

12      7.    I firmly believe that I acted reasonably under the facts and circumstances

13  known to me at the time of this incident.

14      I CERTIFY under penalty of perjury under the laws of Washington State that the

15  foregoing is true and correct.

16      DATED this _17_ day of _APRIL_____, 2002.

17

18      Daniel J. Beste

19

20

21

22

23

**DECLARATION OF DANIEL BESTE IN SUPPORT OF SUMMARY JUDGMENT - 2**
H:\CLIENTS\3019\22003\FEDERAL PLEADINGS\BESTE DECLARATION.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

The Honorable Thomas S. Zilly

1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9   | MUIO TRAN, KIM CUC NGUYEN, NHU | No.  CO1-1081-Z |
    | HUU TRAN, a minor child, LOAN HUU | |
10  | TRAN, a minor child, | DECLARATION OF KENNETH |
    | | HICKS IN SUPPORT OF |
11  | Plaintiffs, | SUMMARY JUDGMENT |
    | | |
12  | v | |
    | | |
13  | CITY OF SEATTLE, et al , | |
    | | |
14  | Defendants. | |

15      KENNETH HICKS declares as follows·

16      1.      I make this declaration on the basis of personal knowledge and am

17  competent to testify to the matters herein.

18      2.      I am sergeant with the Seattle Police Department as I was on July 19,

19  1999.

20      3       On July 19, 1999, I received a call for fast back up. I notified dispatch that

21  I was on my way to the officers' location at 5101 South Orchard Street.   I was

22  approaching the location from west of the freeway.  By the time I arrived, the officers at

23  the scene had the situation under control. I then returned to my regular duties.

DECLARATION OF KENNETH HICKS IN
SUPPORT OF SUMMARY JUDGMENT
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\HICKS DECL.DOC

ORIGINAL

STAFFORD FREY COOPER
—————— Professional Corporation ——————
A  T  T  O  R  N  E  Y  S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

4      To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively.

5.      My sole involvement with this case is that I screened the arrest of Kim-Cuc Nguyen and Muio Tran. In doing so, I reviewed the incident report and the officers' statements.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 26TH day of APRIL _____, 2002, at Bremerton, Washington.


_____
KENNETH HICKS

DECLARATION OF KENNETH HICKS IN
SUPPORT OF SUMMARY JUDGMENT - 2
U \CLIENTS\3019\22003\FEDERAL PLEADINGS\HICKS DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

_____ FILED   _____ ENTERED
_____ LODGED _____ RECEIVED

The Honorable Thomas S. Zilly

MAY 2 3 2002 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child, <br><br> Plaintiffs, <br><br> v <br><br> CITY OF SEATTLE, et al., <br><br> Defendants. | No. CO1-1081-Z <br><br> DECLARATION OF TRUNG NGUYEN IN SUPPORT OF SUMMARY JUDGMENT |

TRUNG H NGUYEN declares as follows:

1.      I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.      I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3       I have absolutely no recollection of ever providing back up or otherwise investigating any crime at 5101 South Orchard Street on July 19, 1999   Nor do I believe I otherwise participated in the events underlying plaintiffs' complaint.  Having reviewed the incident reports, I am fairly certain I never arrived to 5101 South Orchard Street on

DECLARATION OF TRUNG NGUYEN IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\NGUYEN DECL DOC

ORIGINAL

STAFFORD FREY COOPER
_____ Professional Corporation _____
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1  July 19, 1999. First, the documents do not reflect my alleged participation. Second, I

2  am quite certain that I would have remembered this incident if I had participated. It is

3  not a common occurrence to have a Vietnamese family attack police officers.

4  Furthermore, I am also Vietnamese and believe the incident would have stuck in my

5  mind for that reason. Based on my inability to recollect the incident, I am relatively

6  certain that I was not in any way involved.

7      4.    To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu

8  Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or

9  collectively. Other than what I have heard through the grapevine, I know nothing about

10  this case.

11      I CERTIFY under penalty of perjury under the laws of Washington State that the

12  foregoing is true and correct.

13      DATED this 21ˢᵗ day of _APRIL_____, 2002.

14

15                                    5999

16                                    Trung H. Nguyen

17

18

19

20

21

22

23

DECLARATION OF TRUNG NGUYEN IN
SUPPORT OF SUMMARY JUDGMENT - 2
U:\CLIENTS\3041\22003\FEDERAL PLEADINGS\NGUYEN DECL.DOC

STAFFORD FREY COOPER
Professional Corporation
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

——— FILED  ——— ENTERED  CC: TO ~~MAGE~~

——— LODGED ——— RECFIVED

MAY 2 3 2002  **MR**   The Honorable Thomas S. Zilly

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | No.  CO1-1081-Z<br><br>DECLARATION OF ROBERT R CIERLEY IN SUPPORT OF SUMMARY JUDGMENT |

ROBERT R. CIERLEY declares as follows

1.    I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2.    I am a police officer with the Seattle Police Department and was so on July 19, 1999

3    On July 19, 1999, I received a call for fast back up and was directed to go to 5101 South Orchard Street   I notified dispatch that I was on my way.

4    When I entered the residence, I saw Officer Little lying on his back breathing heavily   I initially thought that Officer Little had been shot or stabbed   Officer

DECLARATION OF ROBERT R  CIERLEY IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\CIERLEY DECL DOC

ORIGINAL

STAFFORD FREY COOPER
———— Professional Corporation ————
A  T  T  O  R  N  E  Y  S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1 Sausman was struggling next to Officer Little with a heavy Asian male, later identified as

2 Muio Tran.  In another room, two other officers were struggling on the floor with an

3 Asian male, later identified as Hoa Tran.  I observed broken glass on the floor  Pieces

4 of furniture were overturned, and I saw household items strewn throughout the room.

5   5 I assisted Officer Sausman in attempting to gain control of Muio Tran  I

6 verbally instructed Muio Tran to quit resisting, and attempted to stabilize his arm so that

7 we could get handcuffs on him.   As we were struggling with Muio Tran, an Asian

8 female, later identified as Kim-Cuc Nguyen, attacked Officer Sausman.  I observed Ms

9 Nguyen kick Officer Sausman, I also noticed that Ms. Nguyen held what appeared to be

10 a leg to a chair or small table in one of her hands.  Muio Tran was really slippery with

11 perspiration, and it was difficult to hold onto him.  He managed to pull his arm away

12 from me and to strike out at the other officers.  I had to use a small degree of force to

13 restrain him in an attempt to make him comply, but he continued to resist.   He also

14 continued to kick out at us. Another officer arrived and grabbed Muio Tran's arm and I

15 helped the officer keep his hold on Muio Tran while I placed a handcuff on Muio Tran's

16 right wrist.  We were unable to cuff his left hand at this time.

17   6. As someone administered pepper spray, I turned to assist Officer Little off

18 of the ground.  Although Muio Tran had been sprayed, he continued to resist and fight

19 the officers  I turned toward Muio Tran and again commanded him to stop fighting and

20 used a small degree of force to attempt to subdue him.  In doing so, I was exposed to

21 the pepper spray and had to leave.  Before leaving, I assisted Officer Little up off the

22 ground and took him out of the residence.  When I reentered, Hoa Tran had been

23 handcuffed and I escorted him outside to awaiting officers.  Officers placed Muio Tran

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1  into my vehicle and I transported him to the South Precinct.   I had no further

2  involvement with the plaintiffs or Hoa Tran.

3        7.     In trying to defend myself and my fellow officers and in trying to subdue

4  Mr. Tran, I used the least amount of force necessary, even though I believe the

5  circumstances justified my using a greater amount of force.   I believe that I acted

6  reasonably under the facts and circumstances known to me at the time of this incident.

7

8        I CERTIFY under penalty of perjury under the laws of Washington State that the

9  foregoing is true and correct.

10        DATED this 2 1 day of ____ MAY _____, 2002.

11

12

13                                                   Robert R. Cierley

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ROBERT R. CIERLEY IN
SUPPORT OF SUMMARY JUDGMENT - 3
M:\CLIENTS\301\9225057\FEDERAL PLEADINGS\CIERLEY DECL.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

FILED —— ENTERED
LODGED —— RECEIVED    The Honorable Thomas S. Zilly

MAY 2 3 2002  MR

AT SEATTLE
CLERK U S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU
HUU TRAN, a minor child, LOAN HUU
TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

No.  CO1-1081-Z

DECLARATION OF KATHLEEN
GRAVES IN SUPPORT OF
SUMMARY JUDGMENT

KATHLEEN A. GRAVES declares as follows:

1.     I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2     I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3     On July 19, 1999, I received a call for fast back up.  I notified dispatch that I was on my way to the officers' location, 5101 South Orchard Street    Prior to arriving to the scene, dispatch informed me that my assistance was no longer needed   I did not

DECLARATION OF KATHLEEN GRAVES IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\GRAVES DECL DOC

ORIGINAL

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1 | arrive at the address where the officers calling for help were located, but instead
2 | returned to my regular duties.

3 |     4.     I was not involved in the incident underlying this complaint in any way. To
4 | my knowledge, I have never met Mulo Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan
5 | Huu Tran, nor have I had any other contact with them, individually or collectively. Other
6 | than what I have heard through the grapevine, I know nothing about this case.

7 |      I CERTIFY under penalty of perjury under the laws of Washington State that the
8 | foregoing is true and correct.

9 |      DATED this 7 day of APRIL , 2002.

11
12 | Kathleen A. Graves

DECLARATION OF KATHLEEN GRAVES IN
SUPPORT OF SUMMARY JUDGMENT - 2
M:\CLIENTS\301922003\FEDERAL PLEADINGS\GRAVES DECL.DOC

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE WASHINGTON 98101-2621
TEL. (206) 623-9900

The Honorable Thomas S. Zilly

_____ FILED   _____ ENTERED
_____ LODGED _____ RECEIV

MAY 2 3 2002 **MR**

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU
HUU TRAN, a minor child, LOAN HUU
TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

No. CO1-1081-Z

DECLARATION OF AARON
SAUSMAN IN SUPPORT OF
SUMMARY JUDGMENT

AARON SAUSMAN declares as follows:

1     I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.     I am a police officer with the Seattle Police Department and was so on July 19, 1999

3.     On July 19, 1999, I was working as a uniformed officer and in a parked patrol unit with my partner, Officer Todd Harris   We received a "Help the Officer" call, and were directed to go to 5101 South Orchard Street.   We notified dispatch that we were on our way to the officers' location

DECLARATION OF AARON SAUSMAN IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\SAUSMAN DECL DOC

ORIGINAL

**STAFFORD FREY COOPER**
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1    4    Officer Harris was driving   He came to a stop the intersection of Rainier

2    and Orchard, and I exited the vehicle at.  From there, I could hear yelling screaming,

3    and the sound of items breaking coming from the house   I ran up the street toward the

4    residence, where the disturbance continued.  When I entered the door, I observed

5    Officer Little and a large Asian male, later identified as Muio Tran, up against the

6    northern window and ground.  I observed that the room was damaged, and that there

7    was broken glass on the floor

8    5    I ran toward Officer Little to help him.  I was able to pull Mr. Tran off of

9    Officer Little and to push Mr. Tran to the ground.  I positioned myself on top of Mr. Tran

10   so that I could place handcuffs on his wrists and I instructed him to put his hands behind

11   his back and to stop fighting.  Mr. Tran refused to comply and he continued to struggle.

12   Mr  Tran pulled away from me, rolled on the ground and kicked at me with his legs   I

13   continued trying to subdue him and again told him to put his hands behind his back and

14   to stop struggling.

15   6.    While I was struggling with Mr. Tran, an Asian female, later identified as

16   Kim Cuc-Nguyen, jumped on me and began yelling.  I used my hands to push her away

17   from me and to stop her from interfering with my attempts to subdue Mr. Tran.

18   7.    After I was able to push Ms. Nguyen away, I told Mr. Tran a third time to

19   stop struggling and to put his hands behind his back   When he again refused and

20   continued to struggle, I was forced to spray him with pepper spray, which had little effect

21   on Mr. Tran.  I was able handcuff one of his wrists, but we continued to struggle.

22

23

DECLARATION OF AARON SAUSMAN IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\SAUSMAN DECL DOC

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1    8.    Around this time, other officers had arrived and were able to assist me,

2    and I was able to handcuff Mr. Tran's other wrist. After he was handcuffed, Mr., Tran

3    continued to refuse to cooperate, so I helped to carry him to the patrol car.

4    9.    At the precinct, I asked Mr. Tran if he was injured. Mr. Tran informed me

5    that only his eyes were hurt from the pepper spray. I helped Mr. Tran wash out his eyes

6    and face. He did not complain of any further injury. Other than scratches on his left

7    shoulder and chest, I observed no other injuries on Mr. Tran.

8    10.    I sustained scratches on the inside of both my right and left forearms, but I

9    received no other significant injuries.

10    11.    In my efforts to defend myself and the other officers, I used the least

11    amount of force possible, even though I believe that circumstances justified my using a

12    greater amount of force.  I believe that I acted reasonably under the facts and

13    circumstances known to me at the time of this incident.

14    I CERTIFY under penalty of perjury under the laws of Washington State that the

15    foregoing is true and correct.

16    DATED this 11TH day of ___MAY___, 2002.

17

18                                                    Aaron Sausman    #6089

19

20

21

22

23

**DECLARATION OF AARON SAUSMAN IN
SUPPORT OF SUMMARY JUDGMENT - 3**
K:\APT1A\DAT4\$E.JDM\P10307\P2700\PERSONAL PLEADINGS\SAUSMAN DECL.DOC

STAFFORD FREY COOPER
A Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900
FAX (206) 624-6885

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

The Honorable Thomas S. Zilly

MAY 2 3 2002 MR

AT SEATTLE
CLERK U S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9  | MUIO TRAN, KIM CUC NGUYEN, NHU          | No.  CO1-1081-Z
   | HUU TRAN, a minor child, LOAN HUU
10 | TRAN, a minor child,                    | DECLARATION OF TODD C.
                                             | HARRIS IN SUPPORT OF
11 |              Plaintiffs,                 | SUMMARY JUDGMENT

12 |        v.

13 | CITY OF SEATTLE, et al.,

14 |              Defendants.

15         TODD C HARRIS declares as follows:

16         1     I make this declaration on the basis of personal knowledge and am

17  competent to testify to the matters herein.

18         2     I am a police officer with the Seattle Police Department and was so on

19  July 19, 1999.

20         3     On July 19, 1999, I was working as a uniformed officer and in marked

21  patrol unit with my partner, Officer Aaron Sausman.  We received a "Help the Officer"

22  call, and were directed to go to 5101 South Orchard Street.  We notified dispatch that

23  we were on our way.

DECLARATION OF TODD C. HARRIS IN              STAFFORD FREY COOPER
SUPPORT OF SUMMARY JUDGMENT - 1                  ───Professional Corporation───
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\HARRIS DECL DOC      A T T O R N E Y S
                                                          2500 RAINIER TOWER
                                                          1301 FIFTH AVENUE
                                                    SEATTLE, WASHINGTON 98101-2621
                                                          TEL. (206) 623-9900

4.      I was driving   When we reached the intersection of Rainier and Orchard, I came to a stop and Officer Sausman exited the vehicle.  I could see that we were the first officers to arrive

5.      After I parked the car, I followed Officer Sausman into the house    I observed Officer Little on the ground wrestling with a large Asian male, who was later identified as Muio Tran.  Officer Sausman went to assist Officer Little, so I went to find Officer Waldorf.

6.      I found Officer Waldorf in the kitchen, wrestling on the ground with another Asian male, who was later identified as Hoa Tran.  There was broken glass on the kitchen floor as well as pots and pans.  I noted that all of these items were potential weapons   It was evident that Hoa Tran needed to be subdued to protect not only himself, but my fellow officers as well.

7.      I tried to assist Officer Waldorf. Hoa Tran continued to struggle and resist. He was actively trying to break out of Officer Waldorf's grasp.  I attempted to grab Hoa Tran and to place a handcuff on his wrist.  I yelled for him to place his hands behind his back, which he refused to do.  He kept trying to break free and to resist my attempts to place handcuffs on him.  I warned him that if he continued to resist, I would be forced to spray him with pepper spray.    He still continued to struggle, so I did spray him, which had no effect on him.  Hoa Tran continued to resist arrest.  Ultimately, Officer Waldorf was able to place handcuffs on one of his wrists and we were then able to get his other arm behind his back to attach the second cuff.

8.      As a result of the struggle, I sustained a scratch and a cut on my left wrist.

DECLARATION OF TODD C. HARRIS IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\HARRIS DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

9.    As for the plaintiffs in this action, I never interacted with them.  My efforts were focused on aiding Officer Waldorf in his struggle with Hoa Tran.

10.    In trying to defend myself and the other officers, I used the least amount of force possible, even though I believe the circumstances justified my using a greater amount of force.  I reasonably believe that I acted reasonably under the facts and circumstances known to me at the time of this incident.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 23rd day of _April_, 2002.

_Todd C. Harris_
Todd C. Harris

DECLARATION OF TODD C. HARRIS IN
SUPPORT OF SUMMARY JUDGMENT. 3
N:\CLIENT\001932003\FEDERAL PLEADINGS\HARRIS DECL.DOC

STAFFORD FREY COOPER
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Tel. (206) 623-9900

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 2 3 2002 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

The Honorable Thomas S. Zilly

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   MUIO TRAN, KIM CUC NGUYEN, NHU          No.  CO1-1081-Z
    HUU TRAN, a minor child, LOAN HUU
10  TRAN, a minor child,                    DECLARATION OF JOHNEY
                                            STEVENS IN SUPPORT OF
11              Plaintiffs,                  SUMMARY JUDGMENT

12        v.

13  CITY OF SEATTLE, et al.,

14              Defendants.

15        JOHNEY STEVENS declares as follows:

16        1     I make this declaration on the basis of personal knowledge and am

17  competent to testify to the matters herein.

18        2.    I am a police officer with the Seattle Police Department and was so on

19  July 19, 1999.

20        3.    On July 19, 1999, I received a call to impound a vehicle at 5101 South

21  Orchard Street in Seattle, Washington.  When I arrived, there were no other officers or

22  people there   I did not see anyone at all.  I wrote out the impound slip and waited until

23  the vehicle was towed away by Columbia Towing.

DECLARATION OF JOHNEY STEVENS IN
SUPPORT OF SUMMARY JUDGMENT - 1
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\STEVENS DECL.DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

ORIGINAL

4   I was not involved in the incident underlying this complaint in any way. To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively. Other than what I have heard through the grapevine, I know nothing about the claims they alleged in their complaint.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this ___5___ day of ___May___, 2002.

_____
Johney Stevens

DECLARATION OF JOHNEY STEVENS IN
SUPPORT OF SUMMARY JUDGMENT - 2
M\CLIENTS\201802\2003\FEDERAL PLEADINGS\STEVENS DECL.DOC

STAFFORD FREY COOPER
Professional Corporation
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE WASHINGTON 98101-2621
TEL. (206) 623-9900



FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAY 2 3 2002 **MR**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CC TO JUDGE ____ NR
The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v

CITY OF SEATTLE, et al.,

Defendants.

No.  CO1-1081-Z

DECLARATION OF BRUCE A. WIND IN SUPPORT OF SUMMARY JUDGMENT

BRUCE A. WIND declares as follows:

1    I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.    I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3.    On July 19, 1999, I received a call for fast back up.  I notified dispatch that I was on my way to the officers' location  5101 South Orchard Street

DECLARATION OF BRUCE A  WIND IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WIND DECL DOC

ORIGINAL

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900



1        4.      When I arrived, the situation was already under control.  Upon entering the

2 residence, I could see that chairs had been overturned and that a window was broken.

3 The household was in a state of disarray.

4        5.      I assisted in escorting one of the suspects, who was already handcuffed,

5 to a waiting patrol vehicle for transport.  I had no further involvement with the situation

6 underlying this lawsuit. To my knowledge, I have never otherwise met Muio Tran, Kim-

7 Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with

8 them, individually or collectively.  I have no additional personal knowledge about this

9 case.

10       6.      I believe that I acted reasonably under the facts and circumstances known

11 to me at the time of this incident.

12       I CERTIFY under penalty of perjury under the laws of Washington State that the

13 foregoing is true and correct.

14       DATED this _3RD_ day of _APRIL_____, 2002.

15

16

Bruce A. Wind

17

18

19

20

21

22

23

**DECLARATION OF BRUCE A. WIND IN
SUPPORT OF SUMMARY JUDGMENT - 2**
M:\CLIENTS\3015\22003\FEDERAL PLEADINGS\WIND DECL.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Tel. (206) 622-9900

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

The Honorable Thomas S. Zilly

MAY 2 3 2002  MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br> Defendants | No   CO1-1081-Z <br><br> DECLARATION OF DOUGLAS A. KITTS IN SUPPORT OF SUMMARY JUDGMENT |

DOUGLAS A. KITTS declares as follows:

1     I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2.     I am a police officer with the Puyallup Police Department.   Prior to accepting employment with the Puyallup Police Department, I was a police officer with the Seattle Police Department   I worked for the Seattle Police Department on July 19, 1999.

3     On July 19, 1999, I received a call for fast back up.   I was in West Seattle, and the call was for an address in South Seattle   I notified dispatch that I was on my

DECLARATION OF DOUGLAS A  KITTS IN
SUPPORT OF SUMMARY JUDGMENT - 1
M\CLIENTS\3019\22003\FEDERAL PLEADINGS\KITTS DECL DOC

ORIGINAL

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1 | way to the officers' location at 5101 South Orchard Street. When I arrived, an officer at

2 | the scene informed me that my assistance was no longer needed. I never got out of my

3 | vehicle. I did not write a statement. I did not even see the people that were arrested.

4 |     4.    I was not involved in the incident underlying this complaint in any way. To

5 | my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan

6 | Huu Tran, nor have I had any other contact with them, individually or collectively. Other

7 | than what I have heard through the grapevine, I know nothing about this case.

8 |     I CERTIFY under penalty of perjury under the laws of Washington State that the

9 | foregoing is true and correct

10 |     DATED this _5TH_ day of _APRIL_, 2002.

11 |

12 |

13 | Douglas A. Kitts

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

**DECLARATION OF DOUGLAS A. KITTS IN
SUPPORT OF SUMMARY JUDGMENT - 2**
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\KITTS DECL DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900