The Honorable Thomas S. Zilly

CV 01-01081 #00000030

FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 23 2002

CLERK U S DISTRICT COURT AT SEATTLE
BY WESTERN DISTRICT OF WASHINGTON
_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al,

Defendants

No. CO1-1081-Z

DECLARATION OF KENNETH HICKS IN SUPPORT OF SUMMARY JUDGMENT

KENNETH HICKS declares as follows:

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2. I am sergeant with the Seattle Police Department as I was on July 19, 1999.

3. On July 19, 1999, I received a call for fast back up. I notified dispatch that I was on my way to the officers' location at 5101 South Orchard Street. I was approaching the location from west of the freeway. By the time I arrived, the officers at the scene had the situation under control. I then returned to my regular duties.

DECLARATION OF KENNETH HICKS IN SUPPORT OF SUMMARY JUDGMENT
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\HICKS DECL.DOC

ORIGINAL

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900



4      To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively

5.     My sole involvement with this case is that I screened the arrest of Kim-Cuc Nguyen and Muio Tran. In doing so, I reviewed the incident report and the officers' statements.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct

DATED this 26TH day of APRIL, 2002, at Bremerton, Washington

_____
KENNETH HICKS

DECLARATION OF KENNETH HICKS IN
SUPPORT OF SUMMARY JUDGMENT - 2
U:\CLIENTS\3019\22003\FEDERAL PLEADINGS\HICKS DECL.DOC

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900