The Honorable Thomas S. Zilly

FILED
LODGED ____ ENTERED
____ RECEIVED

MAY 2 3 2002 MR

TITLE
RICT COURT
OF WASHINGTON
DEPUTY



CV 01-01081 #00000031

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

No. CO1-1081-Z

DECLARATION OF DANIEL BESTE IN SUPPORT OF SUMMARY JUDGMENT

DANIEL J BESTE declares as follows:

1    I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.    I am a sergeant with the Seattle Police Department and was so on July 19, 1999.

3.    On July 19, 1999, I received two calls for fast back up from Officers Little and Waldorf.   Over the radio, I could hear a tremendous amount of yelling and screaming.   I notified dispatch that I was on my way to the officers' location at 5101 South Orchard Street.

DECLARATION OF DANIEL BESTE IN SUPPORT OF SUMMARY JUDGMENT - 1

M \CLIENTS\3019\22003\FEDERAL PLEADINGS\BESTE DECLARATION DOC

ORIGINAL

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1        4.      By the time I arrived, the plaintiffs and Hoa Tran were all handcuffed.  I

2    discussed the situation with my officers.  I learned that Mr. Tran and Ms. Nguyen and

3    Hoa Tran attacked the officers, resisted arrest, interfered with the officers' attempts to

4    make arrests, and violently assaulted the officers.  Based on the information I learned, I

5    made the decision that the plaintiffs should be sent to jail.

6        5.      Upon making that decision, I discussed the situation with members of the

7    Tran family who were also present at the house.  I found an adult family member of

8    suitable age and discretion to take custody of the minor children, Nhu Huu Tran and

9    Loan Huu Tran.

10       6.      I was not involved in the incident underlying this complaint in any other

11   way.

12       7.      I firmly believe that I acted reasonably under the facts and circumstances

13   known to me at the time of this incident.

14       I CERTIFY under penalty of perjury under the laws of Washington State that the

15   foregoing is true and correct.

16       DATED this _17_ day of _APRIL_____, 2002.

18   Daniel J. Beste

DECLARATION OF DANIEL BESTE IN SUPPORT
OF SUMMARY JUDGMENT - 2
M \CLIENTS\301\922003\FEDERAL PLEADINGS\BESTE DECLARATION.DOC

STAFFORD FREY COOPER
Professional Corporation
A  T  T  O  R  N  E  Y  S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900