The Honorable Thomas S. Zilly

FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 2 3 2002   MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
W DISTRICT OF WASHINGTON
                        DEPUTY

CV 01-01081 #00000032

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants

No. C01-1081-Z

DECLARATION OF EUGENE FOSTER IN SUPPORT OF SUMMARY JUDGMENT

EUGENE FOSTER declares as follows:

1.  I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.  I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3.  On July 19, 1999, I was working with Michael Griffin when we received calls for fast back up from Officers Little and Waldorf. We notified dispatch that we were on our way to their location. Prior to arriving to the scene, dispatch informed us that

---

DECLARATION OF EUGENE FOSTER IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\FOSTER DECL.DOC

ORIGINAL

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

32

our assistance was no longer needed. Neither Officer Griffin nor I ever arrived to assist the officers calling for help. Instead, we returned to our regular duties.

4. I was not involved in the incident underlying this complaint in any way. To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively. Other than what I have heard through the grapevine, I know nothing about this case.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 14TH day of APRIL, 2002.

Eugene Foster

DECLARATION OF EUGENE FOSTER IN
SUPPORT OF SUMMARY JUDGMENT - 2

STAFFORD FREY COOPER
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900