The Honorable Thomas S. Zilly

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAY 23 2002  MR

AT SEATTLE
[CLERK U.S. DISTRICT] COURT
[WESTERN DISTRICT OF] WASHINGTON
                              DEPUTY

CV 01-01081 #00000033

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants | No  CO1-1081-Z<br><br>DECLARATION OF MICHAEL R. GRIFFIN IN SUPPORT OF SUMMARY JUDGMENT |

MICHAEL R. GRIFFIN declares as follows

1   I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.   I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3   On July 19, 1999, I was working with Eugene Foster when we received calls for fast back up from Officers Little and Waldorf. We notified dispatch that we were on our way to the officers' location, 5101 South Orchard Street.  Prior to arriving to the scene, dispatch informed us that our assistance was no longer needed.  Neither Officer

DECLARATION OF MICHAEL R. GRIFFIN IN
SUPPORT OF SUMMARY JUDGMENT - 1
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\GRIFFIN DECL DOC

ORIGINAL

STAFFORD FREY COOPER
─── Professional Corporation ───
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

Foster nor I ever arrived to assist the officers calling for help. Instead, we returned to our regular duties.

4. I was not involved in the incident underlying this complaint in any way. To my knowledge, I have never met Mulo Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively. Other than what I have heard through the grapevine, I know nothing about this case.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 14 day of APRIL, 2002.

*[signature]*
Michael R. Griffin

DECLARATION OF MICHAEL R. GRIFFIN IN SUPPORT OF SUMMARY JUDGMENT - 2

STAFFORD FREY COOPER
A Professional Corporation
ATTORNEYS
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Tel. (206) 623-9900