The Honorable Thomas S. Zilly

FILED ENTERED
LODGED RECEIVED
MAY 23 2002 MR
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

CV 01-01081 #00000034

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*MUIO TRAN, KIM CUC NGUYEN,* NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v

CITY OF SEATTLE, et al ,

Defendants.

*No. CO1-1081-Z*

DECLARATION OF ROBERTO SABAY IN SUPPORT OF SUMMARY JUDGMENT

ROBERTO SABAY declares as follows:

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2. I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3. On July 19, 1999, I was on patrol on the west side of Seattle when I received a call for fast back up I notified dispatch that I was on my way to the officers' location at 5101 South Orchard Street. When I arrived at the scene I was informed by

STAFFORD FREY COOPER
Professional Corporation
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

ORIGINAL

34

dispatch that my assistance was no longer needed. I did not remain at the scene and returned to my regular duties in West Seattle.

4. I was not involved in the incident underlying this complaint in any way. To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively. Other than what I have heard through the grapevine, I know nothing about this case.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 17 day of MAY, 2002.

Roberto Sabay

STAFFORD FREY COOPER
Professional Corporation
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900