The Honorable Thomas S. Zilly

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 2 3 2002  MR

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 01-01081 #00000035

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

    Plaintiffs,

v

CITY OF SEATTLE, et al.,

    Defendants

No  CO1-1081-Z

DECLARATION OF ROBERT E WHITE IN SUPPORT OF SUMMARY JUDGMENT

ROBERT E. WHITE declares as follows:

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2. I am a police officer with the Seattle Police Department and was working in my capacity as such on July 19, 1999

3. On July 19, 1999, I received a call for fast back up. I notified dispatch that I was on my way   As I arrived, I noticed that several police vehicles lined the street of the address where I was to respond.  Right about that time, I received a call over the radio that the officers had everything under control and that my assistance was no

DECLARATION OF ROBERT E WHITE IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WHITE DECL DOC

ORIGINAL

STAFFORD FREY COOPER
—— Professional Corporation ——
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900



1 | longer needed  I never got out of my vehicle  I did not write a statement.  I never saw
2 | the people that were arrested.
3 |     4    I was not involved in the incident underlying this complaint in any way  To
4 | my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan
5 | Huu Tran, nor have I had any other contact with them, individually or collectively.  Other
6 | than what I have heard through the grapevine, I know nothing about this case.
7 |     I CERTIFY under penalty of perjury under the laws of Washington State that the
8 | foregoing is true and correct
9 |     DATED this 3RD day of APRIL           , 2002

         _____
         Robert E. White

DECLARATION OF ROBERT E WHITE IN
SUPPORT OF SUMMARY JUDGMENT - 2

STAFFORD FREY COOPER
Professional Corporation
ATTORNEYS
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101 2621
Tel. (206) 623-9900