The Honorable Thomas S. Zilly

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 23 2002   MR

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

CV 01-01081 #00000036

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

No. C01-1081-Z

DECLARATION OF NICHOLUS BAUER IN SUPPORT OF SUMMARY JUDGMENT

NICHOLUS BAUER declares as follows:

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2. I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3. On July 19, 1999, I received a call for fast back up. I notified dispatch that I was on my way to the officers' location at 5101 South Orchard Street. When I was about a half block from the scene I was advised by dispatch that my assistance was no

DECLARATION OF NICHOLUS BAUER IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\BAUER DECL DOC

STAFFORD FREY COOPER
—— Professional Corporation ——
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

ORIGINAL

longer needed. I drove by the scene and noticed a number of police vehicles in the vicinity. I then returned to my regular duties.

4. I was not involved in the incident underlying this complaint in any way. To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively. Other than what I have heard through the grapevine, I know nothing about this case.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 27 day of APRIL, 2002.

_____
Nicholus Bauer

DECLARATION OF NICHOLUS BAUER IN
SUPPORT OF SUMMARY JUDGMENT - 2

STAFFORD FREY COOPER
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900