The Honorable Thomas S. Zilly

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 2 3 2002  MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

CV 01-01081 #00000037

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | No. CO1-1081-Z<br><br>DECLARATION OF JOHN S. VRADENBURG IN SUPPORT OF SUMMARY JUDGMENT |

JOHN S VRADENBURG declares as follows:

1   I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.   I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3   On July 19, 1999, I received a call for fast back up. I notified dispatch that I was on my way to the officers' location, 5101 South Orchard Street. Prior to arriving to the scene, dispatch informed me that my assistance was no longer needed. I did not

---

DECLARATION OF JOHN S. VRADENBURG IN
SUPPORT OF SUMMARY JUDGMENT - 1
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\VRADENBURG DOC

ORIGINAL

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1  arrive at the address where the officers calling for help were located, but instead
2  returned to my regular duties.

3    4.    I was not involved in the incident underlying this complaint in any way. To
4  my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan
5  Huu Tran, nor have I had any other contact with them, individually or collectively. Other
6  than what I have heard through the grapevine, I know nothing about this case.

7    I CERTIFY under penalty of perjury under the laws of Washington State that the
8  foregoing is true and correct

9    DATED this _____ day of _____, 2002.

10

11

12                                John S. Vradenburg

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF JOHN S. VRADENBURG IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\VRADENBURG DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1 arrive at the address where the officers calling for help were located, but instead
2 returned to my regular duties.

3     4. I was not involved in the incident underlying this complaint in any way. To
4 my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan
5 Huu Tran, nor have I had any other contact with them, individually or collectively. Other
6 than what I have heard through the grapevine, I know nothing about this case.

7     I CERTIFY under penalty of perjury under the laws of Washington State that the
8 foregoing is true and correct.

9     DATED this 5TH day of APRIL, 2002.

John S. Vradenburg

DECLARATION OF JOHN S. VRADENBURG IN
SUPPORT OF SUMMARY JUDGMENT - 2
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\VRADENBURG.DOC

STAFFORD FREY COOPER
*A Professional Corporation*
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Tel. (206) 623-9900