FILED ___ ENTERED
LODGED ___ RECEIVED

The Honorable Thomas S Zilly

MAY 23 2002 MR

AT SEATTLE
CLERK U S. DISTRICT COURT
WESTERN DISTRICT OF ...
BY _____ DEPUTY

CV 01-01081 #00000039

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al,<br><br>Defendants | No. CO1-1081-Z<br><br>DECLARATION OF KATHLEEN GRAVES IN SUPPORT OF SUMMARY JUDGMENT |

KATHLEEN A. GRAVES declares as follows:

1   I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2   I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3.   On July 19, 1999, I received a call for fast back up. I notified dispatch that I was on my way to the officers' location, 5101 South Orchard Street. Prior to arriving to the scene, dispatch informed me that my assistance was no longer needed. I did not

DECLARATION OF KATHLEEN GRAVES IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\GRAVES DECL DOC

ORIGINAL

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

1  arrive at the address where the officers calling for help were located, but instead
2  returned to my regular duties.

3      4.    I was not involved in the incident underlying this complaint in any way. To
4  my knowledge, I have never met Mujo Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan
5  Huu Tran, nor have I had any other contact with them, individually or collectively. Other
6  than what I have heard through the grapevine, I know nothing about this case.

7      I CERTIFY under penalty of perjury under the laws of Washington State that the
8  foregoing is true and correct.

9  DATED this __7__ day of __April__, 2002.

                  Kathleen A. Graves

DECLARATION OF KATHLEEN GRAVES IN
SUPPORT OF SUMMARY JUDGMENT - 2
M:\CLIENTS\3019\22002\FEDERAL PLEADINGS\GRAVES DECL.DOC

STAFFORD FREY COOPER
—— Professional Corporation ——
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900