_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 2 3 2002   MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable Thomas S. Zilly

CV 01-01081 #00000040

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child, | No   CO1-1081-Z |
| Plaintiffs, | DECLARATION OF ROBERT R. CIERLEY IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| CITY OF SEATTLE, et al , | |
| Defendants | |

ROBERT R. CIERLEY declares as follows

1.     I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.     I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3.     On July 19, 1999, I received a call for fast back up and was directed to go to 5101 South Orchard Street. I notified dispatch that I was on my way.

4     When I entered the residence, I saw Officer Little lying on his back breathing heavily. I initially thought that Officer Little had been shot or stabbed. Officer

DECLARATION OF ROBERT R CIERLEY IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\CIERLEY DECL DOC

ORIGINAL

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900



1   Sausman was struggling next to Officer Little with a heavy Asian male, later identified as

2   Muio Tran.   In another room, two other officers were struggling on the floor with an

3   Asian male, later identified as Hoa Tran.   I observed broken glass on the floor.   Pieces

4   of furniture were overturned, and I saw household items strewn throughout the room.

5           5.       I assisted Officer Sausman in attempting to gain control of Muio Tran.   I

6   verbally instructed Muio Tran to quit resisting, and attempted to stabilize his arm so that

7   we could get handcuffs on him.      As we were struggling with Muio Tran, an Asian

8   female, later identified as Kim-Cuc Nguyen, attacked Officer Sausman. I observed Ms.

9   Nguyen kick Officer Sausman, I also noticed that Ms Nguyen held what appeared to be

10  a leg to a chair or small table in one of her hands   Muio Tran was really slippery with

11  perspiration, and it was difficult to hold onto him.  He managed to pull his arm away

12  from me and to strike out at the other officers.  I had to use a small degree of force to

13  restrain him in an attempt to make him comply, but he continued to resist.   He also

14  continued to kick out at us. Another officer arrived and grabbed Muio Tran's arm and I

15  helped the officer keep his hold on Muio Tran while I placed a handcuff on Muio Tran's

16  right wrist. We were unable to cuff his left hand at this time.

17          6.       As someone administered pepper spray, I turned to assist Officer Little off

18  of the ground. Although Muio Tran had been sprayed, he continued to resist and fight

19  the officers.  I turned toward Muio Tran and again commanded him to stop fighting and

20  used a small degree of force to attempt to subdue him.  In doing so, I was exposed to

21  the pepper spray and had to leave.  Before leaving, I assisted Officer Little up off the

22  ground and took him out of the residence.  When I reentered, Hoa Tran had been

23  handcuffed and I escorted him outside to awaiting officers.  Officers placed Muio Tran

DECLARATION OF ROBERT R. CIERLEY IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\CIERLEY DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

1  into my vehicle and I transported him to the South Precinct.    I had no further

2  involvement with the plaintiffs or Hoa Tran.

3        7.    In trying to defend myself and my fellow officers and in trying to subdue

4  Mr. Tran, I used the least amount of force necessary, even though I believe the

5  circumstances justified my using a greater amount of force.  I believe that I acted

6  reasonably under the facts and circumstances known to me at the time of this incident.

7

8       I CERTIFY under penalty of perjury under the laws of Washington State that the

9  foregoing is true and correct.

10       DATED this 21 day of _____ MAY _____, 2002.

11

12

13  Robert R. Cierley

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ROBERT R. CIERLEY IN
SUPPORT OF SUMMARY JUDGMENT - 3
M:\CLIENTS\30*1\22005\FEDERAL PLEADINGS\CIERLEY DECL.DOC

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2300 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900