

FILED _____ ENTERED ____
LODGED _____ RECEIVED ____  The Honorable Thomas S. Zilly

MAY 2 3 2002  MR

'LE
CT COURT
WASHINGTON
DEPUTY

CV 01-01081  #00000041

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SEATTLE, et al.,<br><br>    Defendants. | No.  CO1-1081-Z<br><br>DECLARATION OF TRUNG NGUYEN IN SUPPORT OF SUMMARY JUDGMENT |

TRUNG H. NGUYEN declares as follows·

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2. I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3. I have absolutely no recollection of ever providing back up or otherwise investigating any crime at 5101 South Orchard Street on July 19, 1999. Nor do I believe I otherwise participated in the events underlying plaintiffs' complaint. Having reviewed the incident reports, I am fairly certain I never arrived to 5101 South Orchard Street on

DECLARATION OF TRUNG NGUYEN IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\NGUYEN DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900

ORIGINAL

1    July 19, 1999.  First, the documents do not reflect my alleged participation.  Second, I

2    am quite certain that I would have remembered this incident if I had participated.  It is

3    not a common occurrence to have a Vietnamese family attack police officers.

4    Furthermore, I am also Vietnamese and believe the incident would have stuck in my

5    mind for that reason.  Based on my inability to recollect the incident, I am relatively

6    certain that I was not in any way involved.

7         4.    To my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu

8    Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or

9    collectively.  Other than what I have heard through the grapevine, I know nothing about

10   this case.

11        I CERTIFY under penalty of perjury under the laws of Washington State that the

12   foregoing is true and correct.

13        DATED this _21ˢᵗ_ day of __APRIL_____, 2002.

14

15                                  _Trung H. Nguyen_ 5999

16                                  Trung H. Nguyen

17

18

19

20

21

22

23

**DECLARATION OF TRUNG NGUYEN IN
SUPPORT OF SUMMARY JUDGMENT - 2**
U:\CLIENT\9010\20003\FEDERAL PLEADING\NGUYEN DECL.DOC

**STAFFORD FREY COOPER**
*Professional Corporation*
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900