The Honorable Thomas S. Zilly

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 2 3 2002 MR

COURT
WASHINGTON
DEPUTY

CV 01-01081 #00000042

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

No. CO1-1081-Z

DECLARATION OF AARON SAUSMAN IN SUPPORT OF SUMMARY JUDGMENT

AARON SAUSMAN declares as follows.

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2. I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3. On July 19, 1999, I was working as a uniformed officer and in a parked patrol unit with my partner, Officer Todd Harris. We received a "Help the Officer" call, and were directed to go to 5101 South Orchard Street. We notified dispatch that we were on our way to the officers' location

DECLARATION OF AARON SAUSMAN IN
SUPPORT OF SUMMARY JUDGMENT -1
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\SAUSMAN DECL.DOC

ORIGINAL

STAFFORD FREY COOPER
*Professional Corporation*
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900



4. Officer Harris was driving. He came to a stop the intersection of Rainier and Orchard, and I exited the vehicle at   From there, I could hear yelling screaming, and the sound of items breaking coming from the house. I ran up the street toward the residence, where the disturbance continued. When I entered the door, I observed Officer Little and a large Asian male, later identified as Muio Tran, up against the northern window and ground. I observed that the room was damaged, and that there was broken glass on the floor.

5   I ran toward Officer Little to help him. I was able to pull Mr. Tran off of Officer Little and to push Mr. Tran to the ground. I positioned myself on top of Mr. Tran so that I could place handcuffs on his wrists and I instructed him to put his hands behind his back and to stop fighting. Mr. Tran refused to comply and he continued to struggle. Mr Tran pulled away from me, rolled on the ground and kicked at me with his legs I continued trying to subdue him and again told him to put his hands behind his back and to stop struggling

6. While I was struggling with Mr. Tran, an Asian female, later identified as Kim Cuc-Nguyen, jumped on me and began yelling. I used my hands to push her away from me and to stop her from interfering with my attempts to subdue Mr. Tran.

7   After I was able to push Ms Nguyen away, I told Mr. Tran a third time to stop struggling and to put his hands behind his back. When he again refused and continued to struggle, I was forced to spray him with pepper spray, which had little effect on Mr. Tran   I was able handcuff one of his wrists, but we continued to struggle.

DECLARATION OF AARON SAUSMAN IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\SAUSMAN DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

8. Around this time, other officers had arrived and were able to assist me, and I was able to handcuff Mr. Tran's other wrist. After he was handcuffed, Mr. Tran continued to refuse to cooperate, so I helped to carry him to the patrol car.

9. At the precinct, I asked Mr. Tran if he was injured. Mr. Tran informed me that only his eyes were hurt from the pepper spray. I helped Mr. Tran wash out his eyes and face. He did not complain of any further injury. Other than scratches on his left shoulder and chest, I observed no other injuries on Mr. Tran.

10. I sustained scratches on the inside of both my right and left forearms, but I received no other significant injuries.

11. In my efforts to defend myself and the other officers, I used the least amount of force possible, even though I believe that circumstances justified my using a greater amount of force. I believe that I acted reasonably under the facts and circumstances known to me at the time of this incident.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 11TH day of MAY, 2002.

Aaron Sausman  #6089

DECLARATION OF AARON SAUSMAN IN
SUPPORT OF SUMMARY JUDGMENT - 3

STAFFORD FREY COOPER
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900
FAX (206) 624-6885