FILED ____ ENTERED
LODGED ____ RECEIVED

The Honorable Thomas S. Zilly

MAY 2 3 2002 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 01-01081  #00000043

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | No. CO1-1081-Z<br><br>DECLARATION OF DOUGLAS A KITTS IN SUPPORT OF SUMMARY JUDGMENT |

DOUGLAS A. KITTS declares as follows

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2. I am a police officer with the Puyallup Police Department. Prior to accepting employment with the Puyallup Police Department, I was a police officer with the Seattle Police Department I worked for the Seattle Police Department on July 19, 1999.

3. On July 19, 1999, I received a call for fast back up. I was in West Seattle, and the call was for an address in South Seattle. I notified dispatch that I was on my

DECLARATION OF DOUGLAS A. KITTS IN
SUPPORT OF SUMMARY JUDGMENT - 1
M:\CLIENTS\3019\22003\FEDERAL PLEADINGS\KITTS DECL.DOC

ORIGINAL

STAFFORD FREY COOPER
— Professional Corporation —
ATTORNEYS
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Tel. (206) 623-9900



1 way to the officers' location at 5101 South Orchard Street. When I arrived, an officer at
2 the scene informed me that my assistance was no longer needed. I never got out of my
3 vehicle. I did not write a statement. I did not even see the people that were arrested.

4     4. I was not involved in the incident underlying this complaint in any way To
5 my knowledge, I have never met Muio Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan
6 Huu Tran, nor have I had any other contact with them, individually or collectively. Other
7 than what I have heard through the grapevine, I know nothing about this case.

8     I CERTIFY under penalty of perjury under the laws of Washington State that the
9 foregoing is true and correct.

10     DATED this _5TH_ day of _APRIL_, 2002

*[signature]*
Douglas A. Kitts

DECLARATION OF DOUGLAS A. KITTS IN
SUPPORT OF SUMMARY JUDGMENT - 2
M:\CLIENTS\53019\22003\FEDERAL PLEADINGS\KITTS DECL.DOC

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900