FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 2 3 2002   MR

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

The Honorable Thomas S Zilly

CV 01-01081  #00000044

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants | No. CO1-1081-Z<br><br>DECLARATION OF JOHNEY STEVENS IN SUPPORT OF SUMMARY JUDGMENT |

JOHNEY STEVENS declares as follows:

1   I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein.

2.   I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3.   On July 19, 1999, I received a call to impound a vehicle at 5101 South Orchard Street in Seattle, Washington. When I arrived, there were no other officers or people there. I did not see anyone at all  I wrote out the impound slip and waited until the vehicle was towed away by Columbia Towing

DECLARATION OF JOHNEY STEVENS IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\STEVENS DECL DOC

ORIGINAL



STAFFORD FREY COOPER
— Professional Corporation —
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900



4. I was not involved in the incident underlying this complaint in any way. To my knowledge, I have never met Mulo Tran, Kim-Cuc Nguyen, Nhu Huu Tran, or Loan Huu Tran, nor have I had any other contact with them, individually or collectively. Other than what I have heard through the grapevine, I know nothing about the claims they alleged in their complaint.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 5 day of May, 2002.

_____
Johney Stevens

DECLARATION OF JOHNEY STEVENS IN
SUPPORT OF SUMMARY JUDGMENT - 2

STAFFORD FREY COOPER
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900