Case 2:01-cv-01081-TSZ   Document 45   Filed 05/23/02   Page 1 of 1

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 23 2002  MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CV 01-01081 #00000045

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | No CO1-1081-Z<br><br>DECLARATION OF BRUCE A. WIND IN SUPPORT OF SUMMARY JUDGMENT |

BRUCE A WIND declares as follows:

1  I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2  I am a police officer with the Seattle Police Department and was so on July 19, 1999

3.  On July 19, 1999, I received a call for fast back up  I notified dispatch that I was on my way to the officers' location  5101 South Orchard Street

DECLARATION OF BRUCE A WIND IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\WIND DECL DOC

ORIGINAL

STAFFORD FREY COOPER
———Professional Corporation———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900