```
____FILED    ____ENTERED
____LODGED   ____RECEIVED
```

MAY 2 3 2002 **MR**

AT SEATTLE
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable Thomas S. Zilly

CV 01-01081 #00000046

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al,<br><br>Defendants | No. CO1-1081-Z<br><br>DECLARATION OF TODD C HARRIS IN SUPPORT OF SUMMARY JUDGMENT |

TODD C. HARRIS declares as follows:

1. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2. I am a police officer with the Seattle Police Department and was so on July 19, 1999.

3. On July 19, 1999, I was working as a uniformed officer and in marked patrol unit with my partner, Officer Aaron Sausman. We received a "Help the Officer" call, and were directed to go to 5101 South Orchard Street  We notified dispatch that we were on our way

---

DECLARATION OF TODD C. HARRIS IN
SUPPORT OF SUMMARY JUDGMENT - 1
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\HARRIS DECL DOC

ORIGINAL

**STAFFORD FREY COOPER**
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900



4.  I was driving. When we reached the intersection of Rainier and Orchard, I came to a stop and Officer Sausman exited the vehicle. I could see that we were the first officers to arrive.

5.  After I parked the car, I followed Officer Sausman into the house. I observed Officer Little on the ground wrestling with a large Asian male, who was later identified as Muio Tran. Officer Sausman went to assist Officer Little, so I went to find Officer Waldorf.

6.  I found Officer Waldorf in the kitchen, wrestling on the ground with another Asian male, who was later identified as Hoa Tran. There was broken glass on the kitchen floor as well as pots and pans. I noted that all of these items were potential weapons. It was evident that Hoa Tran needed to be subdued to protect not only himself, but my fellow officers as well.

7   I tried to assist Officer Waldorf. Hoa Tran continued to struggle and resist. He was actively trying to break out of Officer Waldorf's grasp. I attempted to grab Hoa Tran and to place a handcuff on his wrist. I yelled for him to place his hands behind his back, which he refused to do. He kept trying to break free and to resist my attempts to place handcuffs on him. I warned him that if he continued to resist, I would be forced to spray him with pepper spray. He still continued to struggle, so I did spray him, which had no effect on him. Hoa Tran continued to resist arrest. Ultimately, Officer Waldorf was able to place handcuffs on one of his wrists and we were then able to get his other arm behind his back to attach the second cuff.

8.  As a result of the struggle, I sustained a scratch and a cut on my left wrist.

DECLARATION OF TODD C. HARRIS IN
SUPPORT OF SUMMARY JUDGMENT - 2
M \CLIENTS\3019\22003\FEDERAL PLEADINGS\HARRIS DECL DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

9. As for the plaintiffs in this action, I never interacted with them. My efforts were focused on aiding Officer Waldorf in his struggle with Hoa Tran.

10. In trying to defend myself and the other officers, I used the least amount of force possible, even though I believe the circumstances justified my using a greater amount of force. I reasonably believe that I acted reasonably under the facts and circumstances known to me at the time of this incident.

I CERTIFY under penalty of perjury under the laws of Washington State that the foregoing is true and correct.

DATED this 23rd day of April, 2002.

Todd C. Harris

DECLARATION OF TODD C. HARRIS IN
SUPPORT OF SUMMARY JUDGMENT - 3

STAFFORD FREY COOPER
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900