**FILED IN EXPANDO**

~ ~ ~JUDGE  DJ~ ~The Honorable Thomas S Zilly

_____✓FILED  _____ENTERED

_____LODGED_____RECEIVED

**JUN  7 2002   DJ**

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 01-1081 #49

_____ES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child, | No  CO1-1081-Z |
| Plaintiffs, | DECLARATION OF SALAH A KORNAS IN SUPPORT OF PLAINTIFFS' MOTIONS |
| vs | |
| CITY OF SEATTLE, et al , | |
| Defendants | |

SALAH A.KORNAS declares as follows

I   I am the attorney fro the plaintiffs in the above-captioned matter   I make this declaration on the basis of personal knowledge and am competent to testify to the matter herein.

2   Attached true and correct copies of documents that were generated or received and maintained by my office during the course of representing the plaintiffs in this case

   a       Attached as Exhibit A is a copy of a video tape was taking by Hung Tran on or about July 20, 1999

**FILED IN EXPANDO**

DECLARATION OF SALAH A.
KORNAS IN SUPPORT OF
PLAINTIFFS' MOTIONS - 1

*Law Office of Salah A.  Kornas*
*600 First Avenue, Suite 514*
*Seattle, WA 98104*
*Tel (206) 621-9460  Fax (206) 621-9506*



b   Attached as Exhibit B are copies of photos of plaintiff Muio Tran taking by Man Tran on July 22, 1999 and also a second portion taking by Ms Ashley Bond, on or about July 28, 199

c   Attached as Exhibit C are the affidavits of Mr. Muio Tran, Kim Cuc Nguyen, Hung Tran and Man Tran

I CERTIFY under the penalty of perjury under the laws of Washington State that the forgoing is true and correct

DATED in Seattle, Washington this 7th day of June, 2002

Salah A Kornas, WSBA # 27731
Attorney for Plaintiffs

DECLARATION OF SALAH A
KORNAS IN SUPPORT OF
PLAINTIFFS' MOTIONS - 2

*Law Office of Salah A. Kornas*
600 First Avenue, Suite 514
Seattle, WA 98104
Tel (206) 621-9460  Fax (206) 621-9506

# EXHIBITS
# NOT
# SCANNED