The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

No. CO1-1081-Z

**DECLARATION OF HEATHER L. CARR IN SUPPORT OF REPLY**

I, HEATHER L. CARR, certify and declare as follows:

1   I am one of the attorneys for the defendants in this matter. I make this declaration on the basis of personal knowledge and am competent to testify to the matters herein

2.   Attached to and referenced in this declaration are true and correct copied of documents generated or received and maintained by my office during the course of representing the defendants in this matter.

a   Attached as Exhibit 1 is a copy of the Municipal Court of Seattle Docket, which establishes that Muio Tran was indeed charged with a crime – assault – based on his acts on July 19, 1999. This disproves plaintiffs' contention that Mr. Tran was "never charged ... with assaulting police officers or

DECLARATION OF HEATHER L. CARR (Cause No. CO1-1081-Z) - 1
M\CLIENTS\3019\22003\PLDCARR REPLY DECL DOC

STAFFORD FREY COOPER
*Professional Corporation*
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900
FAX (206) 624-6885

ORIGINAL

with any other crimes" and Mr. Tran's testimony that he was "never charged with any crime." See Response, p. 2; Aff Of Plaintiff, Muio Tran, p. 1

    b.    Attached as Exhibit 2 is a copy of the Municipal Court of Seattle Docket, which establishes that Kim Cuc Nguyen was charged with a crime – assault – based on her acts on July 19, 1999. This disproves plaintiffs' contention that Ms. Nguyen was "never charged ... with assaulting police officers or with any other crimes" and Ms. Nguyen's testimony that she was "never charged with any crime " See Response, p. 2; Aff. Of Plaintiff, Kim Cuc Nguyen, p. 1.

    c.    Attached as Exhibit 3 is a copy of portions of Mr. Tran's deposition in the above-captioned matter.

    d.    Attached as Exhibit 4 is a copy of a June 10, 2002 letter I sent to plaintiffs' attorney, Salah Kornas, asking for a copy of the videotape he submitted as Exhibit A to his declaration in support of the Response.

    e.    Attached as Exhibit 5 is a copy of a June 11, 2002 letter from Mr. Kornas.

3.    Plaintiffs did not serve the defendants with a copy of the videotape they attached as Exhibit A to Mr. Kornas' Declaration. When the defendants inquired into it, plaintiffs assured them that the videotape was identical to the tape the plaintiffs produced to the defendants pursuant to the defendants' discovery requests Id., Exs. 4 and 5. Defendants rely on this assurance in making their reply regarding the videotape.

4.    Plaintiffs first filed a lawsuit regarding these claims on February 28, 2001 in state court. They voluntarily dismissed that action on May 31, 2001. Prior to voluntarily dismissing their complaint, plaintiffs conducted no discovery. They then filed their claim in federal court on July 31, 2001. Since filing this lawsuit in federal court, plaintiffs have conducted no discovery. They have not served any written discovery and they have not noted or taken a single deposition.

DECLARATION OF HEATHER L. CARR (Cause No. CO1-1081-Z) - 2
M \CLIENTS\3019\22003\PLDCARR REPLY DECL DOC

STAFFORD FREY COOPER
───Professional Corporation───
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900
FAX (206) 624-6885

1     I CERTIFY under penalty of perjury under the laws of the State of Washington
2 that the foregoing is true and correct.
3     DATED this 12th day of June, 2002, at Seattle, Washington.

*[signature]*
HEATHER L. CARR

DECLARATION OF HEATHER L. CARR (Cause
No. CO1-1081-Z) - 3
M:\CLIENTS\3019\22003\PLDCARR REPLY DECL.DOC

STAFFORD FREY COOPER
────Professional Corporation────
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL (206) 623-9900
FAX (206) 624-6885

MUNICIPAL COURT OF SEATTLE
DOCKET                                          r295002
Case Status: CLSC

CITY OF SEATTLE, Plaintiff                ** COMPRESSED **

Vs.

TRAN, MUOI   , Defendant

                                            Case No: 364158
                                            File Loc: REC
                                            Def No: 924935
Address: 5101 S ORCHARD ST                  Incident No: 99296991
         SEATTLE, WA   98118                Custody: OUT
         764/7991 (Home)                    Rltd Grp No: 132030
                                            Co-Def's: 2

DOB: 12/10/1952 Age: 47  Sex: M   Race: A   Lang:
Ht: 510         Wt: 200  Eye: BRO Hair: BLK DOL: WA/TRAN*M*489RS

     Prosecutor:

Defense Attorney: MITCHELL, BILLY                    206 621/9460
Interpreter:
-----------------------------------------------------------------
                        ** Charges **

Chrg Doc No:         Type: BK   Viol Date: 07/20/1999 Filing Date: 07/21/1999

Chrg 1: ASSAULT
        12A.06.010        Plea:      Find:      Status: DW
        Disposition: DISMISSED WITHOUT PREJUDICE
        Dismissal:   MTG

   BAIL  Start:07/21/1999 Due:07/21/1999 End:09/07/1999  PAID IN FULL
         Amt:950      Susp:            Curr:

-----------------------------------------------------------------
                     ** Scheduled Hearings **

S  Date       Time Dept Type   Tape  Judge       Prosecutor      Date       Clk
C  07/22/1999 13:35 7   ICA                                      07/21/1999 RXA
H  08/06/1999 10:00 8   INTAKE       ENG, P      GREENE, R       07/22/1999 TMO

-----------------------------------------------------------------
                        ** Events **

  Date      Description
07/21/1999  CHARGE(S) FILED                                                  RXA

07/21/1999  DEFENDANT BOOKED.  BA# 199032809                                 RXA

07/21/1999  IN-CUSTODY ARRAIGNMENT SCHEDULED FOR 07/22/99 AT  1335           RXA
            IN DEPT 7
=================================================================
Def. Name: TRAN, MUOI                                          Page  1
09:37:18 As of 05/25/2000

**EXHIBIT 1**

| Date | Description | Code |
|---|---|---|
| 07/22/1999 | INTAKE HEARING SCHEDULED FOR 08/06/99 AT 1000 IN DEPT 8 | TMO |
| 07/22/1999 | IN-CUSTODY ARRAIGNMENT HRNG SCHDLD FOR 07/22/99 AT 1335 IN DEPT 7, CANCELLED! | TMO |
| 07/22/1999 | MCIS UPDATED-HEARING NOTICE GENERATED | TMO |
| 07/22/1999 | INTAKE HEARING NOTICE MAILED TO 5101 S ORCHARD ST SEATTLE, WA 98118 | B |
| 08/02/1999 | RCV 073099 NOTICE OFA PPEARANCE, REQ. BY DEFENANDT FOR DISCOVERY & INSPECTION FILED BY ATTY. BILLY S. MITCHELL WSBA #24718. SEND TO CASE FILE. TTH 080299 | TTH |
| 08/06/1999 | DF: TRAN, MUOI (924935) PRESENT TAPE 66776 CLK 5935 ATTY. BILLY MITCHELL. DEFENSE MOTION TO CONTINUE/NO-PR/ DEFENSE MOTION TO DM W/O PREJUDICE/GRANTED. | SSH |
| 08/06/1999 | CHARGE # 1 12A060100 (ASSAULT) DISMISSED WITHOUT PREJUDICE MOTION GRANTED | SSH |
| 08/06/1999 | IN: PHUNG, NOVA (     216) PARTICIPATED | SSH |
| 09/07/1999 | BAIL EXONERATED | CCF |
| 12/11/1999 | CASE CLOSED, OBLIGATIONS CLOSED FOR 90 DAYS | B |

----------------------------------------------------------------------
** Accounting Summary **

| Post Date | Bail Amount | Type | Paid | Method | Status | CC | Posted By |
|---|---|---|---|---|---|---|---|
| 07/21/1999 | 950.00 | BAIL | 950.00 | CA | E | P | TRAN, T |

| Obl Type | Obl Amount | Cr to Date | Bal Due | St | Obl End Reason | Last Pay Date | T:TP P:Status |
|---|---|---|---|---|---|---|---|
| BAIL | 950.00 | 950.00 | .00 | COM | PAID | 07/22/1999 | N |

```
======================================================================
Def. Name: TRAN, MUOI                                          Page  2
09:37:18 As of 05/25/2000
```

```
                        MUNICIPAL COURT OF SEATTLE
                               DOCKET                          r295002
                          Case Status: CLSC
```

CITY OF SEATTLE, Plaintiff                    ** COMPRESSED **

   Vs.

NGUYEN, KIM CUC    , Defendant

```
                                              Case No: 364157
                                              File Loc: REC
                                              Def No: 954420
Address: 5101 S ORCHARD ST                    Incident No: 99296991
         SEATTLE, WA   98118                  Custody: OUT
         764/7196 (Home)                      Rltd Grp No: 132030
                                              Co-Def's: 2

DOB: 04/02/1954 Age: 46  Sex: F   Race: A   Lang:
 Ht:            Wt:      Eye:     Hair:     DOL:    /
```

   Prosecutor:

Defense Attorney: MITCHELL, BILLY                     206 621/9460
Interpreter:
------------------------------------------------------------------------
                              ** Charges **

Chrg Doc No:           Type: BK   Viol Date: 07/20/1999 Filing Date: 07/21/1999

Chrg  1: ASSAULT
         12A.06.010       Plea:        Find:         Status: DW
         Disposition: DISMISSED WITHOUT PREJUDICE
         Dismissal:   MTG

   BAIL  Start:07/21/1999 Due:07/21/1999 End:08/06/1999   PAID IN FULL
         Amt:950        Susp:           Curr:

------------------------------------------------------------------------
                         ** Scheduled Hearings **

```
S   Date       Time  Dept Type    Tape   Judge        Prosecutor      Date       Clk
C 07/22/1999  9:05   7    ICA                                         07/21/1999 RXA
H 08/06/1999 10:00   8    INTAKE         ENG, P       GREENE, R       07/22/1999 TMO
```
------------------------------------------------------------------------
                              ** Events **

```
   Date       Description
07/21/1999 CHARGE(S) FILED                                                   RXA

07/21/1999 DEFENDANT BOOKED.  BA# 199032822                                  RXA

07/21/1999 IN-CUSTODY ARRAIGNMENT SCHEDULED FOR 07/22/99 AT    905           RXA
           IN DEPT 7
```
========================================================================
Def. Name: NGUYEN, KIM CUC                                         Page  1
09:37:05 As of 05/25/2000

**EXHIBIT 2**

```
07/22/1999  INTAKE HEARING SCHEDULED FOR 08/06/99 AT   1000 IN DEPT        TMO
            8

07/22/1999  IN-CUSTODY ARRAIGNMENT HRNG SCHDLD FOR 07/22/99 AT             TMO
            905 IN DEPT 7, CANCELLED!

07/22/1999  MCIS UPDATED-HEARING NOTICE GENERATED                          TMO

07/22/1999  INTAKE HEARING NOTICE MAILED TO 5101 S ORCHARD ST              B
            SEATTLE, WA   98118

08/02/1999  RCV 073099 NOTICE OF APPEARANCE, REQ. BY DEFENDANT FOR         TTH
            DISCOVERY & INSPECTION FILED BY ATTY. BILL S. MITCHELL,
            WSBA #24718. SEND TO CASE FILE --TTH 080299

08/06/1999  DF: NGUYEN, KIM CUC (954420) PRESENT                           SSH
            TAPE 66775 LOC 1520 CLK LXS. ATTY. BILLY MITCHELL.
            DEFENSE MOITON TO DM W/O PREJUDICE/NO PR-GRANTED.

08/06/1999  IN: PHUNG, NOVA (         216) PARTICIPATED                    SSH

08/06/1999  CHARGE # 1 12A060100 (ASSAULT) DISMISSED WITHOUT               SSH
            PREJUDICE MOTION GRANTED

08/06/1999  BAIL EXONERATED                                                SSH

11/06/1999  CASE CLOSED, OBLIGATIONS CLOSED FOR 90 DAYS                    B
```

---

                              ** Accounting Summary **

```
 Post        Bail
 Date   :    Amount:  Type:   Paid:  Method:  Status:  DC:Posted By
07/21/1999    950.00  BAIL    950.00   CA        E       P  TRAN, T

Obl :       Obl    :   Cr to:     Bal:     Obl End  :Last Pay:T:TP
Type:       Amount:    Date  :    Due: St :Reason   : Date   : P:Status
BAIL         950.00     950.00     .00 COM PAID       07/22/1999 N
```

|     |                                         |
| --- | --------------------------------------- |
| 1   | U.S DISTRICT COURT                      |
| 2   | IN THE WESTERN DISTRICT OF WASHINGTON   |
| 3   | AT SEATTLE                              |

MUIO TRAN, KIM-CUC NGUYEN,              )
NHU HUU TRAN, a minor child;            )
LOAN HUU TRAN, a minor child,           )
                                        )
            Plaintiffs,                 )
                                        )
vs.                                     )   No. CO1-1081-2
                                        )
CITY OF SEATTLE, et al.,                )
                                        )
            Defendants.                 )

**RECEIVED**
APR 1 2 2002
STAFFORD FREY COOPER

COPY

DEPOSITION UPON ORAL EXAMINATION OF

MUIO TRAN

9:08 a.m., March 27, 2002

1301 Fifth Avenue, Suite 2500

Seattle, Washington

Andrea Evans, CCR

Court Reporter Ref. #EV-AN-SA-*352PW

PARADISE SHERMAN REALTIME REPORTERS
(206) 284-7584

EXHIBIT 4

EXHIBIT 3

1    live with my brother, and then my children live with other
2    family member for about a week, after I was released from
3    the jail.
4        Q    Where -- with what relative were your children
5    staying?
6        A    Their cousin, the children's cousin.
7        Q    Okay.  And the name of your children's cousin?
8        A    Tran Kim-Cuc.
9        Q    Can you please spell that for the record?
10       A    T-R-A-N, K-I-M, C-U-C.
11       Q    And you and your wife stayed with Tran Tam; is
12   that correct?
13       A    Yes.  When I was released from the jail, I went
14   there and lived there for about a week.
15       Q    Did your kids stay with Tran Kim-Cuc for a
16   week-and-a-half, before they moved home with you?
17       A    About that time.
18       Q    Going back to what you were talking about -- did
19   you have --
20       A    Talking about the police chase me around the
21   house, by the time they beat me up, I was kind of dizzy.
22   And I lose my teeth, and then I don't remember exactly what
23   happened, at that moment.
24       Q    Mr. Tran, earlier you testified that all you did
25   is cross the floor, and that you were pinned by the police

```
 1   STATE OF WASHINGTON        )
                                )
 2                              )
                                )
 3   County of King             )
```

7   I, Andrea Evans, hereby certify that pursuant to the
8   Federal Rules of Civil Procedure, MUIO TRAN personally
9   appeared before me at the time and place set forth in the
10  caption herein; that at said time and place I reported in
11  stenotype all testimony adduced and other oral proceedings
12  had in the foregoing matter; that thereafter my notes were
13  reduced to typewriting under my direction; and the
14  foregoing transcript constitutes a full, true and correct
15  record of such testimony adduced and oral proceeding had
16  and of the whole thereof.

17  Witness my hand at Silverdale, Washington, this 8th
18  day of April, 2002.

ANDREA EVANS
CCR#EV-AN-SA*352PW

# STAFFORD FREY COOPER

*Professional Corporation*

J WILLIAM ASHBAUGH*
SCOTT D BISSELL
MICHAEL C. BOLASINA
ANNE M BREMNER
THERON A BUCK
HEATHER L. CARR
TOBIN E. DALE
BLAKE EDWARD DIAS
A. RICHARD DYKSTRA**
SCOTT D FLETCHER
THOM AS D FREY
JEFF T. GUTIERREZ*
KENNETH HOBBS
JAMES KIRKHAM JOHNS*

\* Admitted in NY
\*\* Admitted in Alaska
♦ Admitted in Oregon
‡ Admitted in California

Founded 1905
ATTORNEYS

2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885
WWW.STAFFORDFREY.COM

Heather L. Carr

Email: hcarr@staffordfrey.com

STEPHEN P LARSON
LISA M MARCHESE
RAUL MARTINEZ
MARCUS B NASH
‡ WILLIAM L. NEAL
DAVID J ONSAGER
JOHN E.D. POWELL
KATHERINE M STEELE
PHILLIP L. THOM
JENNIFER A TRAN
KIM M TRAN
\*\*JAMES P WAGNER
♦JAMES T. YAND

*OF COUNSEL*
‡ RONALD S. BEMIS
JOHN G COOPER
SHANNON STAFFORD

June 10, 2002

### Via Facsimile; original by mail

Salah A. Kornas Esq.
Law Office of Salah A. Kornas
600 First Avenue, Suite 514
Seattle, WA 98104

Re: Tran v. City of Seattle

Dear Salah:

In your declaration in support of your opposition to the City's summary judgment motion, you state that you attached a videotape as Exhibit A. Our office did not receive a copy of that videotape when you served your opposition. Will you please deliver me a copy of that videotape by no later than Tuesday, June 11, 2002 at 4:30 p.m.?

Thank you.

Sincerely,

STAFFORD FREY COOPER

Heather L. Carr

EXHIBIT 4

M:\CLIENTS\3019\22003\LTRHE VIDEO AND SJM.DOC

# LAW OFFICE OF
# SALAH A. KORNAS

TEL: 206-621-9460
FAX: 206-621-9506

## FACSIMILE TRANSMITTAL SHEET

| TO HEATHER CARR | FROM SALAH A. KORNAS, ESQ. |
|---|---|
| COMPANY STAFFORD FREY COOPER | DATE June 11, 2002 |
| FAX NUMBER (206) 624-6885 | TOTAL NO. OF PAGES INCLUDING 2 |
| PHONE NUMBER (206) 623-9900 | |

RE. Mujo Tran

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS

The information in this fax is privileged and confidential. It is intended only for the use of the recipient named above (or the employee or agent responsible to deliver it to the intended recipient). If you received this in error, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify us by telephone immediately, and destroy the original message.

Pioneer Building • 600 First Avenue, Suite 514, Seattle, WA 98104 • Tel:(206)621-9460 •

EXHIBIT 5

LAW OFFICE OF
# SALAH A KORNAS

SALAH A KORNAS

PARALEGALS
TINA WHITFORD

June 11, 2002

Dear Heather,

I did not include copy of the videotape with the paper you were served.; it is the same tape you have and I gave you a copy of it some times ago. However, if you desire me to make an extra copy for you, I will be glad to do it.
The court has the same one you have. No surprises.

Thank you,

Salah A. Kornas

Pioneer Building
600 First Avenue, Suite 514, Seattle, Washington 98104 · Tel:(206)621-9460 · Fax:(206)621-9506