CC TO JUDGE

The Honorable Thomas S. Zilly

FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 24 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUIO TRAN, KIM CUC NGUYEN, NHU HUU TRAN, a minor child, LOAN HUU TRAN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | No. CO1-1081-Z<br><br>**STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS** |

## STIPULATION

The parties hereby stipulate, as evidenced by the signatures below of their respective attorneys of record, that this action, and all claims and counter-claims, may be dismissed without prejudice and without costs taxed to either party.

## ORDER

Based on the foregoing stipulation it is hereby ordered that this action be dismissed without prejudice.

DATED this 24 day of October, 2002.

_____
The Honorable Thomas S. Zilly

STIPULATED ORDER OF DISMISSAL OF ALL
CLAIMS - 1
M:\CLIENTS\3019\22003\PLDSTIP ORD DIS.DOC

STAFFORD FREY COOPER
─── Professional Corporation ───
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900

STIPULATED TO AND
PRESENTED BY:

STAFFORD FREY COOPER

By _____
Anne M. Bremner, WSBA #13269
Heather L. Carr, WSBA #29780
Attorneys for Defendants


STIPULATED TO AND
APPROVED FOR ENTRY:.

LAW OFFICES OF SALAH A. KORNAS

By _____
Salah A. Kornas, WSBA #27731
Attorneys for Plaintiff

STIPULATED ORDER OF DISMISSAL OF ALL
CLAIMS - 2
M:\CLIENTS\3019\22003\PLDSTIP ORD DIS.DOC

STAFFORD FREY COOPER
———— *Professional Corporation* ————
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Tel. (206) 623-9900